Official Form 1 (4/07)

| **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>**Prinn, Mary NMI** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**AKA Grizzley Enterprizes; AKA Grizzley's Lodge; AKA Prime Time Saloon; AKA Giggling Grizzly** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br><br>**xxx-xx-8005** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br><br>**1159 Kimberly Lane**<br>**Antioch, IL**<br><br>ZIP Code **60002** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br><br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (4/07)                                                                                                          FORM B1, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Prinn, Mary NMI** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Gary N. Foley              September 21, 2007** <br> Signature of Attorney for Debtor(s)              (Date) <br> **Gary N. Foley 06237076** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| <br> _____ <br> (Name of landlord that obtained judgment) <br> <br> <br> _____ <br> (Address of landlord) |
| ☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

Official Form 1 (4/07)                                                                    FORM B1, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Prinn, Mary NMI**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Mary NMI Prinn**
Signature of Debtor **Mary NMI Prinn**

X
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**September 21, 2007**
Date

#### Signature of Attorney

X **/s/ Gary N. Foley**
Signature of Attorney for Debtor(s)

**Gary N. Foley 06237076**
Printed Name of Attorney for Debtor(s)

**Shaw & Foley, L. L. C.**
Firm Name

**33 No. County Street**
**Suite 302**
**Waukegan, IL 60085**

Address

**Email: garyfoley@hotmail.com**
**847-244-4696  Fax: 847-244-4673**
Telephone Number

**September 21, 2007**
Date

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Mary NMI Prinn** _____   Case No. _____
                                    Debtor(s)      Chapter   **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

Official Form 1, Exh. D (10/06) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Mary NMI Prinn**
　　　　　　　　　　　　 **Mary NMI Prinn**

Date:   **September 21, 2007**

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form 6-Summary (10/06)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Mary NMI Prinn** _____,

                     Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,230,000.00 | | |
| B - Personal Property | Yes | 4 | 50,620.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 1,120,217.00 | |
| E - Creditors Holding Unsecured Priority Claims   (Total of Claims on Schedule E) | Yes | 2 | | 10,433.68 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | 415,276.19 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 12 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 7,250.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,743.00 |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| | | Total Assets | 1,280,620.00 | | |
| | | | Total Liabilities | 1,545,926.87 | |

Official Form 6 - Statistical Summary (10/06)

.

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Mary NMI Prinn**

Debtor                                    ,

Case No. _____

Chapter                    **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | 10,433.68 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 10,433.68 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 7,250.00 |
| Average Expenses (from Schedule J, Line 18) | 7,743.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 11,500.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 9,717.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 10,215.18 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 218.50 |
| 4. Total from Schedule F | | 415,276.19 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 425,211.69 |

Form B6A
(10/05)

.

In re    **Mary NMI Prinn**                                                                    ,        Case No. _____

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1159 Kimberly Lane Antioch, Illinois 60002**<br><br>**Purchase Date: 10/04 Purchase Price: $508,000 Down Payment: $100,000** | **Fee Simple Absolute - TBE Dan Prinn (husband)** | **J** | **530,000.00** | **460,000.00** |
| **3830 North Lincoln Avenue D/B/A Grizzly's Lodge Chicago, Illinois**<br><br>**Purchase Date: 3/04 Purchase Price: $550,000 Down Payment: $10,000** | **Owned by Lincoln Bernice Building, Inc. Debtor and husband are 50/50 owners of corp.** | **J** | **700,000.00** | **630,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **1,230,000.00** | (Total of this page) |
| Total > | **1,230,000.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

.

In re  **Mary NMI Prinn**                                              ,   Case No. _____
                                        Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Nominal Cash on Hand Used for Normal Everyday Expenses | J | 100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account with LaSalle Bank -Debtor states that there is no monthly carry-over balance | W | 20.00 |
| | | Savings Account with LaSalle Bank - Debtor states that there is no monthly carry-over balance | J | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household Goods and Furniture, including Tables, Couches, Lamps, TVs and Other Misc Equipment | J | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books, Pictures and Other Misc Collecibles | J | 300.00 |
| 6. Wearing apparel. | | Used Personal Clothing | W | 500.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Prudential Life Insurance -Whole Life Policy Death Benefit of $150,000.00 (Debtor's husband borrowed against his own policy in the approx. amount of $27,000.00) | H | 0.00 |
| | | Farmers Insurance -Term Life Policy Death Benefit of $150,000.00 Beneficiary: Debtor's Husband | W | 0.00 |

Sub-Total >          1,420.00
(Total of this page)

____3____   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re   **Mary NMI Prinn**                                                    ,   Case No. _____
                                          Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA with Fidelity Investments** | **W** | **4,000.00** |
| | | **401(k) from Luther General Hospital** | **W** | **13,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Baby Bear, Inc.** **d/b/a Grizzly's Lounge** **3830-32 North Lincoln Avenue** **Chicago, Illinois 60613** **50% Ownership Interest** | **J** | **100.00** |
| | | **Lincoln Berenice Building, Inc.** | | |
| | | **Lincoln Bernice Building, Inc.** **3830-32 North Lincoln Avenue** **Chicago, IL 60613** **50% ownership interest** | **J** | **100.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **2006 Income Tax Refund** | **J** | **10,000.00** |

Sub-Total >        **27,200.00**
(Total of this page)

Sheet __**1**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Form B6B
(10/05)

In re    **Mary NMI Prinn**                                                    ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Dodge Durango** **Miles: 120,000** **(Vehicle is Paid in Full)** | J | 2,000.00 |
| | | **2005 Dodge Caravan** **Miles: 60,000** **Creditor: Great Lakes Credit Union** | J | 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >          22,000.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6B
(10/05)

In re   **Mary NMI Prinn**
_____,   Case No. _____
Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet __3__ of __3__ continuation sheets attached          Total >      50,620.00
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6C
(4/07)

In re **Mary NMI Prinn**                                                    ,      Case No. _____
                                                    Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                $136,875.
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **1159 Kimberly Lane** | **735 ILCS 5/12-901** | **15,000.00** | **530,000.00** |
| **Antioch, Illinois 60002** | | | |
| | | | |
| **Purchase Date: 10/04** | | | |
| **Purchase Price: $508,000** | | | |
| **Down Payment: $100,000** | | | |
| | | | |
| **Wearing Apparel** | | | |
| **Used Personal Clothing** | **735 ILCS 5/12-1001(a)** | **0.00** | **500.00** |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **IRA with Fidelity Investments** | **735 ILCS 5/12-704** | **4,000.00** | **4,000.00** |
| | | | |
| **401(k) from Luther General Hospital** | **735 ILCS 5/12-704** | **13,000.00** | **13,000.00** |
| | | | |
| **Stock and Interests in Businesses** | | | |
| **Baby Bear, Inc.** | **735 ILCS 5/12-1001(b)** | **0.00** | **100.00** |
| **d/b/a Grizzly's Lounge** | | | |
| **3830-32 North Lincoln Avenue** | | | |
| **Chicago, Illinois 60613** | | | |
| **50% Ownership Interest** | | | |
| | | | |
| **Lincoln Berenice Building, Inc.** | | | |
| | | | |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **2006 Income Tax Refund** | **735 ILCS 5/12-1001(b)** | **4,000.00** | **10,000.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2005 Dodge Caravan** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **20,000.00** |
| **Miles: 60,000** | | | |
| **Creditor: Great Lakes Credit Union** | | | |

                                                    Total:      **38,400.00**        **577,600.00**

**_0_**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6D (10/06)

In re   **Mary NMI Prinn** _____,   Case No. _____
                          Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **1675030448** <br><br> **Chase Manhattan Mtg 3415 Vision Dr Columbus, OH 43219** | X | J | Opened 10/15/04  Last Active  1/05/07 <br> **Mortgage** <br> **1159 Kimberly Lane** <br> **Antioch, Illinois 60002** <br> **Purchase Date: 10/04** <br> **Purchase Price: $508,000** <br> **Down Payment: $100,000** <br><br> Value $           **530,000.00** | | | | **360,000.00** | **0.00** |
| Account No. **917000249** <br><br> **Chase Manhattan Mtg 3415 Vision Dr Columbus, OH 43219** | X | J | Opened 10/15/04  Last Active 12/20/06 <br> **Second Mortgage** <br> **1159 Kimberly Lane** <br> **Antioch, Illinois 60002** <br> **Purchase Date: 10/04** <br> **Purchase Price: $508,000** <br> **Down Payment: $100,000** <br><br> Value $           **530,000.00** | | | | **100,000.00** | **0.00** |
| Account No. **603459070047** <br><br> **Gemb/abt Tv Po Box 981439 El Paso, TX 79998** | | W | Opened 10/10/04  Last Active 12/30/05 <br><br> **Household Goods and Furniture, including Tables, Couches, Lamps, TVs and Other Misc Equipment** <br><br> Value $                **500.00** | | | | **5,535.00** | **5,535.00** |
| Account No. **550090700800** <br><br> **Great Lakes Cr Un 2525 Green Bay Rd North Chicago, IL 60064** | X | J | Opened  7/14/05  Last Active  1/29/07 <br><br> **Auto Lien** <br><br> **2005 Dodge Caravan** <br> **Miles: 60,000** <br> **Creditor: Great Lakes Credit Union** <br> Value $           **20,000.00** | | | | **20,880.00** | **880.00** |

___**2**___ continuation sheets attached

| | Subtotal <br> (Total of this page) | **486,415.00** | **6,415.00** |
|---|---|---|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                        Best Case Bankruptcy

Official Form 6D (10/06) - Cont.

In re    **Mary NMI Prinn** _____ ,    Case No. _____

                                                               Debtor

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **07 CH 2210** <br><br> **Joel Nathan, Asst. U.S. Attorney** <br> **219 S. Dearborn, 5th floor** <br> **Chicago, IL 60604** | - | | Notice only - Attorney for SBA <br><br><br><br><br> Value $        0.00 | | | | 0.00 | 0.00 |
| Account No. **07 CH 2210** <br><br> **Shaheen, Novoselsky, Staat** <br> **20 North Wacker Drive** <br> **Suite 2900** <br> **Chicago, IL 60606** | - | | Notice only - Attorney for Village Bank and Trust <br><br><br><br> Value $        0.00 | | | | 0.00 | 0.00 |
| Account No. **713299-40-03** <br><br> **Small Business Administration** <br> **Springfield Branch Office** <br> **511 West Capital Avenue, Suite 302** <br> **Springfield, IL 62704** | X | J | 12/2/04 <br> Second Mortgage <br> 3830 North Lincoln Avenue <br> D/B/A Grizzly's Lodge <br> Chicago, Illinois <br> Purchase Date: 3/04 <br> Purchase Price: $550,000 <br> Down Payment: $10,000 <br> Value $     **700,000.00** | | | | 270,000.00 | 0.00 |
| Account No. **114960707-7000** <br><br> **Village Bank & Trust Arlington Hts** <br> **311 South Arlington Heights Road** <br> **Arlington Heights, IL 60005** | X | J | 01/23/2007 <br> Mortgage <br> 3830 North Lincoln Avenue <br> D/B/A Grizzly's Lodge <br> Chicago, Illinois <br> Purchase Date: 3/04 <br> Purchase Price: $550,000 <br> Down Payment: $10,000 <br> Value $     **700,000.00** | | | | 330,000.00 | 0.00 |
| Account No. <br><br> **Vince Vitulli** <br> **4057 West Patterson** <br> **Chicago, IL 60641** | X | J | Lien <br> 3830 North Lincoln Avenue <br> D/B/A Grizzly's Lodge <br> Chicago, Illinois <br> Purchase Date: 3/04 <br> Purchase Price: $550,000 <br> Down Payment: $10,000 <br> Value $     **700,000.00** | X | X | X | 30,000.00 | 0.00 |

Sheet   **1**   of   **2**   continuation sheets attached to <br> Schedule of Creditors Holding Secured Claims

Subtotal <br> (Total of this page)     **630,000.00**        **0.00**

Official Form 6D (10/06) - Cont.

In re   **Mary NMI Prinn** _____,   Case No. _____
                              Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **585637068911** | | | | **Opened 5/01/04 Last Active 1/15/06** | | | | | |
| **Wfnnb/harlem Po Box 182273 - Wf Columbus, OH 43218** | | W | | **Household Goods and Furniture, including Tables, Couches, Lamps, TVs and Other Misc Equipment** | | | | | |
| | | | | Value $                    **500.00** | | | | **3,802.00** | **3,302.00** |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **3,802.00** | **3,302.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **1,120,217.00** | **9,717.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6E (4/07)

.

In re __Mary NMI Prinn_____,    Case No. _____

Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___1___   continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6E (4/07) - Cont.

In re __**Mary NMI Prinn**_____,   Case No. _____
                                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **17203** <br><br> **City of Chicago - Dept. of Revenue Department of Business Affairs 121 North LaSalle, Suite 800 Chicago, IL 60602** | X | J | **2003-2006** <br><br> **Fees and Fines for Liquor Income Tax and Liquor Tax** | X | X | X | <br><br><br> 5,509.80 | 0.00 <br><br><br> 5,509.80 |
| Account No. **466639** <br><br> **City of Chicago - Dept. of Water Department of Water Management PO Box 6330 Chicago, IL 60680** | X | J | **11/24/06** <br><br> **Water bill** | | | | 218.50 <br><br> 218.50 | 218.50 <br><br><br> 0.00 |
| Account No. **2697-2654** <br><br> **IL Dept. of Employment Security PO Box 19286 Springfield, IL 62794** | X | J | **1/2007-4/2007** <br><br> **Sales tax for Jan.-April 2007** | | | | <br><br><br> 1,446.38 | 0.00 <br><br><br> 1,446.38 |
| Account No. **4111806-4** <br><br> **Illinois Department of Revenue Willard Ice Building 101 West Jefferson Street Springfield, IL 62702** | X | J | **12/2006** <br><br> **2006 payroll taxes** | | | | <br><br><br> 3,259.00 | 0.00 <br><br><br> 3,259.00 |
| Account No. | | | | | | | | |

Sheet __1___ of __1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 218.50 <br> 10,433.68 | 10,215.18 |
| Total (Report on Summary of Schedules) | 218.50 <br> 10,433.68 | 10,215.18 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

Official Form 6F (10/06)

In re    **Mary NMI Prinn**                                                                            ,    Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **01300-1131125085** <br><br> **ADT Security Services, Inc.** <br> **PO Box 96175** <br> **Las Vegas, NV 89193** | X | J | **5/2/2007** <br> **Services rendered** | | | | **268.51** |
| Account No. **1858** <br><br> **Advance Me, Inc.** <br> **600 Town Park Lane** <br> **Kennesaw, GA 30144** | X | J | **1/1/07** <br> **Notice purposes only** | X | X | X | **0.00** |
| Account No. **06-M1-200845** <br><br> **Alpha Banking Company** <br> **c/o The Cheat Kaplan Baim Firm** <br> **30 North LaSalle Street, 1520** <br> **Chicago, IL 60602** | X | J | **2/6/07** <br> **Judgment** | | | | **1,281.87** |
| Account No. **800324420** <br><br> **American Compressed Gas Company** <br> **189 Central Avenue** <br> **Westwood, NJ 07675** | X | J | **2/2007** <br> **Credit account** | | | | **331.32** |

__17__  continuation sheets attached

Subtotal
(Total of this page)    **1,881.70**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    S/N:32660-070829    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Mary NMI Prinn** _____, Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2007** <br><br> **American Express C/O National Credit PO Box 740640 Atlanta, GA 30374** | X | J | **2003-2006 Credit Card** | | | | **4,081.00** |
| Account No. **07 AR 588** <br><br> **American Express C/O Blitt and Gaines Wheeling, IL 60090** | X | J | **2003-2006 Credit Card** | | | | **11,028.88** |
| Account No. **1006** <br><br> **American Express C/0 NCO Financial Systems 507 Prudential Road Horsham, PA 19044** | X | J | **2003-2006 Credit Card** | | | | **6,466.00** |
| Account No. **4004** <br><br> **American Express C/O Global Vantage PO Box 10908 San Rafael, CA 94912** | | W | **2003-2006 Credit Card** | | | | **1,143.30** |
| Account No. **3731-302136-25001** <br><br> **American Express C/O Allied Interstate 3000 Corporate Drive 5th Floor Columbus, OH 43231** | | H | **8/9/06 Revolving credit account** | X | X | X | **0.00** |

Sheet no. __1__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **22,719.18**

Official Form 6F (10/06) - Cont.

In re   **Mary NMI Prinn**                                                    ,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **0388**<br><br>**American Express<br>PO Box 53852<br>Phoenix, AZ 85072** | X | | J | **5/1/07<br>Revolving credit account** | | | | 209.85 |
| Account No. **014141721013507503**<br><br>**Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329** | | W | | **Opened 4/01/97<br>CreditCard** | | | | 2,759.00 |
| Account No. **06313100544**<br><br>**Amex<br>P.O. Box 650448<br>Dallas, TX 75265** | | H | | **1/1/07<br>Revolving credit account** | | | | 9,730.10 |
| Account No. **014141721013307503**<br><br>**Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329** | | W | | **Opened 4/01/97<br>CreditCard** | | | | 1,321.00 |
| Account No. **132490007**<br><br>**Anderson Pest Solutions<br>219 W. Diversey Avenue<br>Elmhurst, IL 60126** | X | | J | **1/2007<br>Services rendered** | | | | 99.24 |

| Sheet no. __2__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 14,119.19 |
|---|---|---|

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Mary NMI Prinn** _____,   Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 77328151121406 <br><br> **At & T** <br> **PO Box 8212** <br> **Aurora, IL 60572** | X | J | **1/1/07** <br> **Telephone services** | | | | 1,300.31 |
| Account No. 8608547 <br><br> **Auto-Chlor System** <br> **4283 Paysphere Circle** <br> **Chicago, IL 60674** | X | J | **5/2007** <br> **Services rendered** | | | | 162.45 |
| Account No. 07 AR 50 <br><br> **Baranowski, Gregory and Helen** <br> **333 Mensching Road** <br> **Roselle, IL** | X | J | **3/25/04** <br> **Promissory Note** | | | | 36,057.00 |
| Account No. <br><br> **Bill Abplanalp** <br> **7747 W. Belmont Ave** <br> **Elmwood Park, IL 60707** | X | J | **5/1/05** <br> **Promissory note** | X | X | X | 1,567.00 |
| Account No. <br><br> **Blake Baum** <br> **6839 North Tonty** <br> **Chicago, IL 60646** | X | J | **6/2/05** <br> **Promissory note** | | | | 10,000.00 |

Sheet no. __3__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

49,086.76

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Mary NMI Prinn**                                      ,       Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5891233750 <br><br> **Bp Oil/citibank** <br> **Po Box 6003** <br> **Hagerstown, MD 21747** | | W | Opened 8/21/01 Last Active 1/07/06 CreditCard | | | | 885.00 |
| Account No. <br><br> **Brass Tap Beverage Service** <br> **668 East Northwest Hwy** <br> **Mount Prospect, IL 60056** | X | J | 8/2006-12/2006 Services rendered | | | | 50.00 |
| Account No. 517805264255 <br><br> **Capital 1 Bk** <br> **11013 W Broad St** <br> **Glen Allen, VA 23060** | | W | Opened 4/15/06 Last Active 9/22/06 CreditCard | | | | 726.00 |
| Account No. 9099 <br><br> **Capital One** <br> **C/O Account Solutions Group, LLC** <br> **205 Bryant Woods South** <br> **Buffalo, NY 14228** | | H | 2003-2006 Notice purposes only | X | X | X | 0.00 |
| Account No. 8627326209 <br><br> **Capital One** <br> **C/O Gerald E. Moore & Associates** <br> **Atlanta, GA 31139** | X | J | 1/1/07 CreditCard | X | X | X | 8,320.69 |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     9,981.69

Official Form 6F (10/06) - Cont.

In re  **Mary NMI Prinn**                                                    ,    Case No. _____
                                          **Debtor**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **07-01625-1** <br><br> **Capital One F.S.B.** <br> **C/O Blitt & Gaines, P.C.** <br> **661 Glenn Avenue** <br> **Wheeling, IL 60090** | **X** | **J** | **1/1/07** <br> **CreditCard** | | | | **9,848.00** |
| Account No. **06-32726-1** <br><br> **Capital One F.S.B.** <br> **C/O Blitt & Gaines, P.C.** <br> **661 Glenn Avenue** <br> **Wheeling, IL 60090** | **X** | **J** | **1/1/07** <br> **CreditCard** | | | | **9,073.85** |
| Account No. **4417128880979404** <br><br> **Chase** <br> **800 Brooksedge Blvd** <br> **Westerville, OH 43081** | | **W** | **Opened 11/03/97  Last Active  9/22/06** <br> **CreditCard** | | | | **4,644.00** |
| Account No. **4246-3113-7016-3963** <br><br> **Chase Bank** <br> **C/O RMS** <br> **PO Box 20410** <br> **Bethlehem, PA 18025** | | **H** | **1/1/07** <br> **Notice purposes only** | **X** | **X** | **X** | **0.00** |
| Account No. **290921085** <br><br> **Cingular Wireless** <br> **PO Box 6428** <br> **Carol Stream, IL 60197** | | **H** | **12/2006** <br> **Notice purposes only** | **X** | **X** | **X** | **0.00** |

Sheet no. __**5**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **23,565.85**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Mary NMI Prinn**                                                                    , Case No. _____
                                                                 Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **142506203** <br><br>**Citgo Oil/citibank** <br>**Po Box 6003** <br>**Hagerstown, MD 21747** | | W | | Opened  1/03/04  Last Active  3/04/06 <br>CreditCard | | | | 719.00 |
| Account No. **5588-6380-0006-9340** <br><br>**Citi AAdvantage Business Card** <br>**PO Box 6309** <br>**The Lakes, NV 88901** | X | J | | 11/1/06 <br>CreditCard | | | | 4,371.76 |
| Account No. **6035322004829135** <br><br>**CitiBank** <br>**C/O LTD Financial Services** <br>**7322 Southwest Freeway, Suite 1600** <br>**Houston, TX 77074** | X | J | | 1/1/07 <br>Revolving credit account | | | | 925.78 |
| Account No. **5156-9100-0135-6626** <br><br>**CitiBank N.A.** <br>**C/O LTD Financial Services** <br>**Houston, TX 77074** | X | J | | 5/1/07 <br>Revolving credit account | | | | 31,840.00 |
| Account No. **5082-2900-5305-9637** <br><br>**CitiBusiness Card** <br>**PO Box 688901** <br>**Des Moines, IA 50368** | X | J | | 2003-2006 <br>Notice purposes only | X | X | X | 0.00 |

Sheet no. __6__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**37,856.54**

Official Form 6F (10/06) - Cont.

In re  **Mary NMI Prinn**                                                    ,   Case No. _____

_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **295061659** <br><br> **Citicorp Credit Services** <br> **Payment Processing Center** <br> **Box 3136** <br> **Milwaukee, WI 53201** | | W | | **2006** <br> **Collection/Citibank** | | | | **1,510.00** |
| Account No. <br><br> **CityWide Fire Equipment Company** <br> **2919 W. Irving Park Road** <br> **Chicago, IL 60618** | X | J | | **4/2007** <br> **Services Rendered** | | | | **352.82** |
| Account No. **8798300050637928** <br><br> **Comcast** <br> **PO Box 173885** <br> **Denver, CO 80217** | X | J | | **2006** <br> **Utility** | | | | **573.00** |
| Account No. **4994211008** <br><br> **ComEd** <br> **Bill Payment Center** <br> **Chicago, IL 60668** | X | J | | **2006** <br> **Utility** | | | | **3,464.00** |
| Account No. **06 D 1583** <br><br> **Dan Prinn** <br> **1159 Kimberly Lane** <br> **Antioch, IL 60002** | | W | | **1/1/07** | X | X | X | **1.00** |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,900.82**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Mary NMI Prinn**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**David Keith**<br>**215 W. Rollins Road**<br>**Round Lake, IL 60073** | X | J | | **2/14/05**<br>**Promissory Note - Notice purposes only** | | | | 0.00 |
| Account No. **2944055**<br><br>**Direct TV**<br>**C/O Focus Receivables Management**<br>**1120 Northchase Parkway**<br>**Marietta, GA 30067** | X | J | | **1/1/2007**<br>**Satellite television service** | | | | 2,416.00 |
| Account No. **07 LM 454**<br><br>**FIA Card Services**<br>**C/O Blatt, Hasenmiller, Leibsker,**<br>**125 S. Wacker, Suite 400**<br>**Chicago, IL 60606** | | W | | **2003-2006**<br>**Collection/FIA Card Services f/k/a MBNA America Bank, N.A.** | | | | 36,471.26 |
| Account No. <br><br>**GBD Custom Rehab, Inc.**<br>**C/O Dan Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | X | J | | **2/16/06**<br>**Promissory note** | X | X | X | 0.00 |
| Account No. **7448**<br><br>**GE Money Bank**<br>**PO Box 960061**<br>**Orlando, FL 32896** | | W | | **2003-2006**<br>**Credit Card** | | | | 6,293.00 |

Sheet no. __8__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                           45,180.26

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Mary NMI Prinn**_____,   Case No. _____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **601921003915932**<br><br>**GE Money Bank<br>C/O Blatt, Hasenmiller, Leibsker &<br>125 South Wacker Drive, Suite 400<br>Chicago, IL 60606** | | H | **1/1/07**<br>**Notice purposes only** | | | | 0.00 |
| Account No. **6030090208803009**<br><br>**GE Money Bank<br>C/O Arrow Financial Services<br>5996 W Touhy Avenue<br>Niles, IL 60714** | | H | **1/1/07**<br>**Revolving Credit Account** | | | | 6,011.00 |
| Account No. **6008892485003335**<br><br>**Gemb/jcp<br>Po Box 984100<br>El Paso, TX 79998** | | W | **Opened 10/29/04 Last Active 6/30/06**<br>**ChargeAccount** | | | | 2,069.00 |
| Account No. **07-SC-1060**<br><br>**Glazer's Distributors of IL<br>C/O Catherine Elliot Dunne<br>PO Box 10371<br>Chicago, IL 60610** | X | J | **1/1/07**<br>**Credit account/Bounced check - case was dismissed on 9/14/07** | X | X | X | 1,200.00 |
| Account No. **06 D 1583**<br><br>**Gregory Castaldi, Esq.<br>5521 North Cumberland Avenue<br>Suite 1109<br>Chicago, IL 60656** | X | J | **2006**<br>**Services rendered** | X | X | X | 10,000.00 |

Sheet no. __**9**___ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   19,280.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Mary NMI Prinn**                                              , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **6035-3220-0482-9135** | | | | **1/1/07** | | | | |
| **Home Depot Credit Services** **PO Box 6029** **The Lakes, NV 88901** | X | J | | **Revolving credit account** | | | | **925.78** |
| Account No. **01100282753** | | | | **Opened 4/25/04 Last Active 10/22/06** | | | | |
| **Household Bank** **90 Christiana Rd** **New Castle, DE 19720** | X | J | | **ChargeAccount** | | | | **14,259.00** |
| Account No. | | | | **8/15/06** | | | | |
| **Illinois Casualty Company** **PO Box 4208** **Rock Island, IL 61204** | X | J | | **Business insurance** | | | | **769.97** |
| Account No. **8608547** | | | | **5/2007** | | | | |
| **JohnsonDiversey** **2295 S. Mt. Prospect Road** **Des Plaines, IL 60018** | X | J | | **Credit account** | | | | **1,188.47** |
| Account No. **4092/4090** | | | | **9/2006** | | | | |
| **JP Graphics** **4713 N. Ozanam Avenue** **Harwood Heights, IL 60706** | X | J | | **Credit account** | | | | **260.00** |

Sheet no. __**10**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,403.22**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Mary NMI Prinn** _____,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **06110023**<br><br>**Judge & Dolph**<br>**C/O Abrams & Abrams, P.C.**<br>**211 Washington**<br>**Waukegan, IL 60085** | X | | J | **11/3/06**<br>**Credit account** | | | | 579.85 |
| Account No. **020801213852**<br><br>**Kohls/chase**<br>**N56 W 17000 Ridgewood Dr**<br>**Menomonee Falls, WI 53051** | | W | | **Opened 10/18/89  Last Active  9/01/06**<br>**CreditCard** | | | | 1,006.00 |
| Account No. **06 D 1583**<br><br>**Lawrence P Seiwert**<br>**33 North La Salle Street**<br>**Chicago, IL 60602** | | W | | **1/1/07**<br>**Husband's divorce attorney** | X | X | X | 1.00 |
| Account No. **1930290886**<br><br>**Lincoln Park Savings Bank**<br>**2107 W. Irving Park Road**<br>**Chicago, IL 60618** | X | | J | **5/1/07**<br>**Overdraft protection** | | | | 18,682.00 |
| Account No. **LU335728005116925**<br><br>**Loyola Unv**<br>**6525 N Sheridan Rd Rm 220**<br>**Chicago, IL 60626** | | W | | **Opened  6/01/00  Last Active 12/01/06**<br>**Educational** | | | | 3,532.00 |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,800.85

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Mary NMI Prinn**                                          ,   Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **874**<br><br>**Mahoney Environmental**<br>**1819 Moen Avenue**<br>**Joliet, IL 60436** | X | J | **7/24/06**<br>**Credit Account** | | | | **553.00** |
| Account No.<br><br>**Marcheschi & Associates**<br>**3415 North Harlem Avenue**<br>**Chicago, IL 60634** | X | J | **2007**<br>**Fees for Services Rendered** | | | | **915.00** |
| Account No.<br><br>**Neighborhood Boys & Girls Club**<br>**2501 W. Irving Park Road**<br>**Chicago, IL 60618** | X | J | **3/2006**<br>**Advertising** | | | | **200.00** |
| Account No. **2691647946080101**<br><br>**Nes/idap**<br>**2412 W Lawrence Ave**<br>**Chicago, IL 60625** | | W | **Opened  1/03/02  Last Active  1/10/07**<br>**Educational** | | | | **9,456.00** |
| Account No. **2691647946080102**<br><br>**Nes/idap**<br>**2412 W Lawrence Ave**<br>**Chicago, IL 60625** | | W | **Opened  1/03/02  Last Active  1/10/07**<br>**Educational** | | | | **8,881.00** |

Sheet no. __**12**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **20,005.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Mary NMI Prinn**                                           ,    Case No. _____
                                   Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Nicor Gas** <br>**P.O. Box 416** <br>**Aurora, IL 60568** | X | J | **2006** <br>**Utility** | | | | **4,105.00** |
| Account No. **3500009897754** <br><br>**Peoples Gas** <br>**Attn: Special Projects BK Dept** <br>**130 East Randolph** <br>**Chicago, IL 60601** | X | J | **2006** <br>**Utility** | X | X | X | **4,104.00** |
| Account No. **5545-1401-0982-3273** <br><br>**RBS National Bank** <br>**C/O Nelson, Watson, & Associates** <br>**80 Merrimack Street, lower level** <br>**Haverhill, MA 01830** | | H | **1/1/07** <br>**Revolving credit account - 10,612.25** | | | | **0.00** |
| Account No. **440900213002** <br><br>**Selfreliance Ukrainian** <br>**2332 W Chicago Ave** <br>**Chicago, IL 60622** | | W | **Opened  6/16/86  Last Active 11/02/06** <br>**CreditCard** | | | | **6,536.00** |
| Account No. <br><br>**Sharco Inc.** <br>**PO Box 1421** <br>**Arlington Heights, IL 60006** | X | J | | | | | **1,990.10** |

Sheet no. __13__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,735.10**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re __**Mary NMI Prinn**_____,      Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2248-003** <br><br> **Shaw & Foley, L.L.C.** <br> **33 North County Street** <br> **Suite 302** <br> **Waukegan, IL 60085** | X | | J | 2/1/07 <br> **Legal services for case no. 07 CH 2210** | | | | 995.75 |
| Account No. **2248-005** <br><br> **Shaw & Foley, L.L.C.** <br> **33 North County Street** <br> **Suite 302** <br> **Waukegan, IL 60085** | - | | | 6/1/07 <br> **Legal services for case no. 07 CH 1426** | | | | 1,055.75 |
| Account No. **2248-004** <br><br> **Shaw & Foley, L.L.C.** <br> **33 North County Street** <br> **Suite 302** <br> **Waukegan, IL 60085** | - | | | 11/13/06 <br> **Legal services for case no. 07 LM 484** | | | | 438.50 |
| Account No. **2248-001** <br><br> **Shaw & Foley, L.L.C.** <br> **33 North County Street** <br> **Suite 302** <br> **Waukegan, IL 60085** | - | | | 9/4/07 <br> **Legal services for case no. 03 D 1583** | | | | 16,147.50 |
| Account No. **2770-001** <br><br> **Shaw & Foley, L.L.C.** <br> **33 North County Street** <br> **Suite 302** <br> **Waukegan, IL 60085** | X | | J | 9/18/07 <br> **Legal services for business bankruptcy** | | | | 295.00 |

Sheet no. __**14**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    18,932.50

Official Form 6F (10/06) - Cont.

In re  **Mary NMI Prinn**                                                            ,       Case No. _____
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **295061659** <br><br> **Shell Oil/citibank** <br> **Po Box 6003** <br> **Hagerstown, MD 21747** | | W | | | Opened 9/15/87 Last Active 1/21/06 CreditCard | | | | 1,510.00 |
| Account No. **CDC-S 713299** <br><br> **Small Business Administration** <br> **Springfield Branch Office** <br> **511 West Capital Avenue, Suite 302** <br> **Springfield, IL 62704** | X | J | | | 2004 Business Loan Notice Only | | | | 0.00 |
| Account No. **227150** <br><br> **Supreme Lobster and Seafood Co.** <br> **220 E. North Avenue** <br> **Villa Park, IL 60181** | X | J | | | 5/14/07 Credit account | | | | 495.39 |
| Account No. **21408** <br><br> **Swanel, Inc.** <br> **PO Box 1186** <br> **Hammond, IN 46325** | X | J | | | 12/1/06 Credit account | | | | 1,858.00 |
| Account No. <br><br> **Todd McElhaney** <br> **529 North Claremont** <br> **Chicago, IL 60612** | X | J | | | 7/10/06 Promissory note - $5,600 | X | X | X | 0.00 |

Sheet no. __15__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **3,863.39**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Mary NMI Prinn**                                                  ,      Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2099**<br><br>US Foodservice<br>10410 S. 50th Place<br>Phoenix, AZ 85044 | X | J | 9/8/06<br>Credit account | | | | 5,452.00 |
| Account No. **151-1694151-2009-9**<br><br>Waste Management<br>1411 Opus Place<br>Suite 400<br>Downers Grove, IL 60515 | X | J | 1/1/07<br>Waste disposal service | | | | 2,392.00 |
| Account No. **5474-6488-0121-7128**<br><br>Wells Fargo Bank<br>C/O The Best Service Company<br>10780 Santa Monica Blvd<br>Los Angeles, CA 90025 | X | J | 1/1/07<br>Revolving credit account | | | | 63,298.00 |
| Account No. **7256**<br><br>Wells Fargo Financial<br>2501 Seaport Dr.<br>Suite BH-300<br>Chester, PA 19013 | X | J | 2003-2006<br>Consumer Debt | | | | 5,039.00 |
| Account No. **06 SC 6423**<br><br>Wells Fargo Financial<br>C/O Heller & Frisone, Ltd<br>33 North LaSalle, Suite 1200<br>Chicago, IL 60602 | X | J | 2006<br>Collection/Wells Fargo | | | | 4,689.00 |

Sheet no. __**16**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**80,870.00**

Official Form 6F (10/06) - Cont.

In re    **Mary NMI Prinn**                                                                        ,    Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **110180423365348** <br><br> **Wffinance** <br> **1191 E Dundee Rd** <br> **Palatine, IL 60074** | X | J | | Opened 10/18/04  Last Active  8/31/06 ChargeAccount | | | | 3,319.00 |
| Account No. **DB7180** <br><br> **XO Communications** <br> **C/O NCO Financial Systems** <br> **3850 N. Causeway Blvd, Suite 200** <br> **Metairie, LA 70002** | X | J | | 1/1/07 Credit account | | | | 775.14 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __17__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 4,094.14 |
| | Total (Report on Summary of Schedules) | 415,276.19 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Form B6G
(10/05)

.

In re    **Mary NMI Prinn**                                                    ,    Case No. _____
                                            Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Joseph Siciliano**<br>**3101 North Greenview Avenue**<br>**Chicago, IL 60657** | **Listing agreement for sale of 3830-32 Lincoln Avenue, Chicago, IL 60613** |

**0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6H
(10/05)

.

In re   **Mary NMI Prinn**                                                                                          ,        Case No. _____
                                                     Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **At & T**<br>**PO Box 8212**<br>**Aurora, IL 60572** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **CitiBank**<br>**C/O LTD Financial Services**<br>**7322 Southwest Freeway, Suite 1600**<br>**Houston, TX 77074** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Supreme Lobster and Seafood Co.**<br>**220 E. North Avenue**<br>**Villa Park, IL 60181** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Glazer's Distributors of IL**<br>**C/O Catherine Elliot Dunne**<br>**PO Box 10371**<br>**Chicago, IL 60610** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **City of Chicago - Dept. of Revenue**<br>**Department of Business Affairs**<br>**121 North LaSalle, Suite 800**<br>**Chicago, IL 60602** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **City of Chicago - Dept. of Water**<br>**Department of Water Management**<br>**PO Box 6330**<br>**Chicago, IL 60680** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Blake Baum**<br>**6839 North Tonty**<br>**Chicago, IL 60646** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Todd McElhaney**<br>**529 North Claremont**<br>**Chicago, IL 60612** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Bill Abplanalp**<br>**7747 W. Belmont Ave**<br>**Elmwood Park, IL 60707** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Village Bank & Trust Arlington Hts**<br>**311 South Arlington Heights Road**<br>**Arlington Heights, IL 60005** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Wells Fargo Bank**<br>**C/O The Best Service Company**<br>**10780 Santa Monica Blvd**<br>**Los Angeles, CA 90025** |

  **11**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                            Best Case Bankruptcy

In re  **Mary NMI Prinn**                                          , Case No. _____
                                    Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Comcast**<br>**PO Box 173885**<br>**Denver, CO 80217** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Advance Me, Inc.**<br>**600 Town Park Lane**<br>**Kennesaw, GA 30144** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Citi AAdvantage Business Card**<br>**PO Box 6309**<br>**The Lakes, NV 88901** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **CitiBusiness Card**<br>**PO Box 688901**<br>**Des Moines, IA 50368** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Swanel, Inc.**<br>**PO Box 1186**<br>**Hammond, IN 46325** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **US Foodservice**<br>**10410 S. 50th Place**<br>**Phoenix, AZ 85044** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Waste Management**<br>**1411 Opus Place**<br>**Suite 400**<br>**Downers Grove, IL 60515** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **XO Communications**<br>**C/O NCO Financial Systems**<br>**3850 N. Causeway Blvd, Suite 200**<br>**Metairie, LA 70002** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Capital One F.S.B.**<br>**C/O Blitt & Gaines, P.C.**<br>**661 Glenn Avenue**<br>**Wheeling, IL 60090** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Capital One**<br>**C/O Gerald E. Moore & Associates**<br>**Atlanta, GA 31139** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Capital One F.S.B.**<br>**C/O Blitt & Gaines, P.C.**<br>**661 Glenn Avenue**<br>**Wheeling, IL 60090** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Alpha Banking Company**<br>**c/o The Cheat Kaplan Baim Firm**<br>**30 North LaSalle Street, 1520**<br>**Chicago, IL 60602** |

Sheet ___1___ of ___11___ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    **Mary NMI Prinn**                                                ,    Case No. _____

                                    Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Mahoney Environmental**<br>**1819 Moen Avenue**<br>**Joliet, IL 60436** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **American Express**<br>**C/O National Credit**<br>**PO Box 740640**<br>**Atlanta, GA 30374** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Lincoln Park Savings Bank**<br>**2107 W. Irving Park Road**<br>**Chicago, IL 60618** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Marcheschi & Associates**<br>**3415 North Harlem Avenue**<br>**Chicago, IL 60634** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Small Business Administration**<br>**Springfield Branch Office**<br>**511 West Capital Avenue, Suite 302**<br>**Springfield, IL 62704** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Vince Vitulli**<br>**4057 West Patterson**<br>**Chicago, IL 60641** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Illinois Department of Revenue**<br>**Willard Ice Building**<br>**101 West Jefferson Street**<br>**Springfield, IL 62702** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **IL Dept. of Employment Security**<br>**PO Box 19286**<br>**Springfield, IL 62794** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **American Express**<br>**C/O Blitt and Gaines**<br>**Wheeling, IL 60090** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **American Express**<br>**C/0 NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA 19044** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **American Express**<br>**PO Box 53852**<br>**Phoenix, AZ 85072** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668** |

Sheet __2__ of __11__ continuation sheets attached to the Schedule of Codebtors

In re  **Mary NMI Prinn**
                                                    ,     Case No. _____
                              Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **David Keith**<br>**215 W. Rollins Road**<br>**Round Lake, IL 60073** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Gregory Castaldi, Esq.**<br>**5521 North Cumberland Avenue**<br>**Suite 1109**<br>**Chicago, IL 60656** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Nicor Gas**<br>**P.O. Box 416**<br>**Aurora, IL 60568** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Peoples Gas**<br>**Attn: Special Projects BK Dept**<br>**130 East Randolph**<br>**Chicago, IL 60601** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Small Business Administration**<br>**Springfield Branch Office**<br>**511 West Capital Avenue, Suite 302**<br>**Springfield, IL 62704** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Wffinance**<br>**1191 E Dundee Rd**<br>**Palatine, IL 60074** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Judge & Dolph**<br>**C/O Abrams & Abrams, P.C.**<br>**211 Washington**<br>**Waukegan, IL 60085** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **CitiBank N.A.**<br>**C/O LTD Financial Services**<br>**Houston, TX 77074** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Brass Tap Beverage Service**<br>**668 East Northwest Hwy**<br>**Mount Prospect, IL 60056** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Auto-Chlor System**<br>**4283 Paysphere Circle**<br>**Chicago, IL 60674** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Direct TV**<br>**C/O Focus Receivables Management**<br>**1120 Northchase Parkway**<br>**Marietta, GA 30067** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Home Depot Credit Services**<br>**PO Box 6029**<br>**The Lakes, NV 88901** |

Sheet __3__ of __11__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re    **Mary NMI Prinn**
_____ ,    Case No. _____
Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Illinois Casualty Company**<br>**PO Box 4208**<br>**Rock Island, IL 61204** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **JohnsonDiversey**<br>**2295 S. Mt. Prospect Road**<br>**Des Plaines, IL 60018** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Neighborhood Boys & Girls Club**<br>**2501 W. Irving Park Road**<br>**Chicago, IL 60618** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **JP Graphics**<br>**4713 N. Ozanam Avenue**<br>**Harwood Heights, IL 60706** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Anderson Pest Solutions**<br>**219 W. Diversey Avenue**<br>**Elmhurst, IL 60126** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **American Compressed Gas Company**<br>**189 Central Avenue**<br>**Westwood, NJ 07675** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **ADT Security Services, Inc.**<br>**PO Box 96175**<br>**Las Vegas, NV 89193** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **CityWide Fire Equipment Company**<br>**2919 W. Irving Park Road**<br>**Chicago, IL 60618** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Shaw & Foley, L.L.C.**<br>**33 North County Street**<br>**Suite 302**<br>**Waukegan, IL 60085** |
| **Baby Bear, Inc. d/b/a Grizzy's Lodg**<br>**3830 North Lincoln Avenue**<br>**Chicago, IL 60613** | **Shaw & Foley, L.L.C.**<br>**33 North County Street**<br>**Suite 302**<br>**Waukegan, IL 60085** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Chase Manhattan Mtg**<br>**3415 Vision Dr**<br>**Columbus, OH 43219** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Chase Manhattan Mtg**<br>**3415 Vision Dr**<br>**Columbus, OH 43219** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Great Lakes Cr Un**<br>**2525 Green Bay Rd**<br>**North Chicago, IL 60064** |

Sheet __4__ of __11__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re **Mary NMI Prinn** _____,    Case No. _____

Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Small Business Administration**<br>**Springfield Branch Office**<br>**511 West Capital Avenue, Suite 302**<br>**Springfield, IL 62704** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Village Bank & Trust Arlington Hts**<br>**311 South Arlington Heights Road**<br>**Arlington Heights, IL 60005** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Glazer's Distributors of IL**<br>**C/O Catherine Elliot Dunne**<br>**PO Box 10371**<br>**Chicago, IL 60610** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Baranowski, Gregory and Helen**<br>**333 Mensching Road**<br>**Roselle, IL** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **ComEd**<br>**Bill Payment Center**<br>**Chicago, IL 60668** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Wells Fargo Bank**<br>**C/O The Best Service Company**<br>**10780 Santa Monica Blvd**<br>**Los Angeles, CA 90025** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Wells Fargo Financial**<br>**C/O Heller & Frisone, Ltd**<br>**33 North LaSalle, Suite 1200**<br>**Chicago, IL 60602** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Wells Fargo Financial**<br>**2501 Seaport Dr.**<br>**Suite BH-300**<br>**Chester, PA 19013** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Household Bank**<br>**90 Christiana Rd**<br>**New Castle, DE 19720** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Wffinance**<br>**1191 E Dundee Rd**<br>**Palatine, IL 60074** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Vince Vitulli**<br>**4057 West Patterson**<br>**Chicago, IL 60641** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Illinois Department of Revenue**<br>**Willard Ice Building**<br>**101 West Jefferson Street**<br>**Springfield, IL 62702** |

Sheet __5__ of __11__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Mary NMI Prinn**                                                    ,    Case No. _____
Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **IL Dept. of Employment Security**<br>**PO Box 19286**<br>**Springfield, IL 62794** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Advance Me, Inc.**<br>**600 Town Park Lane**<br>**Kennesaw, GA 30144** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Alpha Banking Company**<br>**c/o The Cheat Kaplan Baim Firm**<br>**30 North LaSalle Street, 1520**<br>**Chicago, IL 60602** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **American Express**<br>**C/O National Credit**<br>**PO Box 740640**<br>**Atlanta, GA 30374** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **American Express**<br>**C/O Blitt and Gaines**<br>**Wheeling, IL 60090** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **American Express**<br>**C/0 NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA 19044** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **American Express**<br>**PO Box 53852**<br>**Phoenix, AZ 85072** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **At & T**<br>**PO Box 8212**<br>**Aurora, IL 60572** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Bill Abplanalp**<br>**7747 W. Belmont Ave**<br>**Elmwood Park, IL 60707** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Blake Baum**<br>**6839 North Tonty**<br>**Chicago, IL 60646** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Capital One**<br>**C/O Gerald E. Moore & Associates**<br>**Atlanta, GA 31139** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Capital One F.S.B.**<br>**C/O Blitt & Gaines, P.C.**<br>**661 Glenn Avenue**<br>**Wheeling, IL 60090** |

Sheet __6__ of __11__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Mary NMI Prinn**                                                      ,   Case No. _____
                                                    Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Daniel Prinn<br>1159 Kimberly Lane<br>Antioch, IL 60002 | Capital One F.S.B.<br>C/O Blitt & Gaines, P.C.<br>661 Glenn Avenue<br>Wheeling, IL 60090 |
| Daniel Prinn<br>1159 Kimberly Lane<br>Antioch, IL 60002 | Citi AAdvantage Business Card<br>PO Box 6309<br>The Lakes, NV 88901 |
| Daniel Prinn<br>1159 Kimberly Lane<br>Antioch, IL 60002 | CitiBank<br>C/O LTD Financial Services<br>7322 Southwest Freeway, Suite 1600<br>Houston, TX 77074 |
| Daniel Prinn<br>1159 Kimberly Lane<br>Antioch, IL 60002 | CitiBusiness Card<br>PO Box 688901<br>Des Moines, IA 50368 |
| Daniel Prinn<br>1159 Kimberly Lane<br>Antioch, IL 60002 | City of Chicago - Dept. of Revenue<br>Department of Business Affairs<br>121 North LaSalle, Suite 800<br>Chicago, IL 60602 |
| Daniel Prinn<br>1159 Kimberly Lane<br>Antioch, IL 60002 | City of Chicago - Dept. of Water<br>Department of Water Management<br>PO Box 6330<br>Chicago, IL 60680 |
| Daniel Prinn<br>1159 Kimberly Lane<br>Antioch, IL 60002 | Comcast<br>PO Box 173885<br>Denver, CO 80217 |
| Daniel Prinn<br>1159 Kimberly Lane<br>Antioch, IL 60002 | David Keith<br>215 W. Rollins Road<br>Round Lake, IL 60073 |
| Daniel Prinn<br>1159 Kimberly Lane<br>Antioch, IL 60002 | Gregory Castaldi, Esq.<br>5521 North Cumberland Avenue<br>Suite 1109<br>Chicago, IL 60656 |
| Daniel Prinn<br>1159 Kimberly Lane<br>Antioch, IL 60002 | Lincoln Park Savings Bank<br>2107 W. Irving Park Road<br>Chicago, IL 60618 |
| Daniel Prinn<br>1159 Kimberly Lane<br>Antioch, IL 60002 | Mahoney Environmental<br>1819 Moen Avenue<br>Joliet, IL 60436 |
| Daniel Prinn<br>1159 Kimberly Lane<br>Antioch, IL 60002 | Marcheschi & Associates<br>3415 North Harlem Avenue<br>Chicago, IL 60634 |

Sheet __7__ of __11__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re  **Mary NMI Prinn**                                                                    ,     Case No. _____
                                                Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Nicor Gas**<br>**P.O. Box 416**<br>**Aurora, IL 60568** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Peoples Gas**<br>**Attn: Special Projects BK Dept**<br>**130 East Randolph**<br>**Chicago, IL 60601** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Small Business Administration**<br>**Springfield Branch Office**<br>**511 West Capital Avenue, Suite 302**<br>**Springfield, IL 62704** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Supreme Lobster and Seafood Co.**<br>**220 E. North Avenue**<br>**Villa Park, IL 60181** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Swanel, Inc.**<br>**PO Box 1186**<br>**Hammond, IN 46325** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **US Foodservice**<br>**10410 S. 50th Place**<br>**Phoenix, AZ 85044** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Waste Management**<br>**1411 Opus Place**<br>**Suite 400**<br>**Downers Grove, IL 60515** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Todd McElhaney**<br>**529 North Claremont**<br>**Chicago, IL 60612** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Judge & Dolph**<br>**C/O Abrams & Abrams, P.C.**<br>**211 Washington**<br>**Waukegan, IL 60085** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **CitiBank N.A.**<br>**C/O LTD Financial Services**<br>**Houston, TX 77074** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Brass Tap Beverage Service**<br>**668 East Northwest Hwy**<br>**Mount Prospect, IL 60056** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Auto-Chlor System**<br>**4283 Paysphere Circle**<br>**Chicago, IL 60674** |

Sheet __8__ of __11__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

In re   **Mary NMI Prinn**                                                ,   Case No. _____
                                    Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Direct TV**<br>**C/O Focus Receivables Management**<br>**1120 Northchase Parkway**<br>**Marietta, GA 30067** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Home Depot Credit Services**<br>**PO Box 6029**<br>**The Lakes, NV 88901** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Illinois Casualty Company**<br>**PO Box 4208**<br>**Rock Island, IL 61204** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **JohnsonDiversey**<br>**2295 S. Mt. Prospect Road**<br>**Des Plaines, IL 60018** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Neighborhood Boys & Girls Club**<br>**2501 W. Irving Park Road**<br>**Chicago, IL 60618** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **JP Graphics**<br>**4713 N. Ozanam Avenue**<br>**Harwood Heights, IL 60706** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Sharco Inc.**<br>**PO Box 1421**<br>**Arlington Heights, IL 60006** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Anderson Pest Solutions**<br>**219 W. Diversey Avenue**<br>**Elmhurst, IL 60126** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **American Compressed Gas Company**<br>**189 Central Avenue**<br>**Westwood, NJ 07675** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **ADT Security Services, Inc.**<br>**PO Box 96175**<br>**Las Vegas, NV 89193** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **CityWide Fire Equipment Company**<br>**2919 W. Irving Park Road**<br>**Chicago, IL 60618** |
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Shaw & Foley, L.L.C.**<br>**33 North County Street**<br>**Suite 302**<br>**Waukegan, IL 60085** |

Sheet   __9__   of   __11__   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Mary NMI Prinn**                                               ,   Case No. _____

                                    Debtor

## SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Daniel Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** | **Shaw & Foley, L.L.C.**<br>**33 North County Street**<br>**Suite 302**<br>**Waukegan, IL 60085** |
| **Gigglin' Grizzly, Inc.**<br>**d/b/a Grizzly's Prime Time Saloon**<br>**10 West Grand Avenue**<br>**Lake Villa, IL 60046** | **David Keith**<br>**215 W. Rollins Road**<br>**Round Lake, IL 60073** |
| **Gigglin' Grizzly, Inc.**<br>**d/b/a Grizzly's Prime Time Saloon**<br>**10 West Grand Avenue**<br>**Lake Villa, IL 60046** | **Illinois Department of Revenue**<br>**Willard Ice Building**<br>**101 West Jefferson Street**<br>**Springfield, IL 62702** |
| **Gigglin' Grizzly, Inc.**<br>**d/b/a Grizzly's Prime Time Saloon**<br>**10 West Grand Avenue**<br>**Lake Villa, IL 60046** | **IL Dept. of Employment Security**<br>**PO Box 19286**<br>**Springfield, IL 62794** |
| **Gigglin' Grizzly, Inc.**<br>**d/b/a Grizzly's Prime Time Saloon**<br>**10 West Grand Avenue**<br>**Lake Villa, IL 60046** | **Advance Me, Inc.**<br>**600 Town Park Lane**<br>**Kennesaw, GA 30144** |
| **Gigglin' Grizzly, Inc.**<br>**d/b/a Grizzly's Prime Time Saloon**<br>**10 West Grand Avenue**<br>**Lake Villa, IL 60046** | **GBD Custom Rehab, Inc.**<br>**C/O Dan Prinn**<br>**1159 Kimberly Lane**<br>**Antioch, IL 60002** |
| **Lincoln/Berenice Building, Inc.**<br>**3830 North Lincoln**<br>**Chicago, IL 60613** | **Village Bank & Trust Arlington Hts**<br>**311 South Arlington Heights Road**<br>**Arlington Heights, IL 60005** |
| **Lincoln/Berenice Building, Inc.**<br>**3830 North Lincoln**<br>**Chicago, IL 60613** | **Small Business Administration**<br>**Springfield Branch Office**<br>**511 West Capital Avenue, Suite 302**<br>**Springfield, IL 62704** |
| **Lincoln/Berenice Building, Inc.**<br>**3830 North Lincoln**<br>**Chicago, IL 60613** | **Vince Vitulli**<br>**4057 West Patterson**<br>**Chicago, IL 60641** |
| **Lincoln/Berenice Building, Inc.**<br>**3830 North Lincoln**<br>**Chicago, IL 60613** | **Illinois Department of Revenue**<br>**Willard Ice Building**<br>**101 West Jefferson Street**<br>**Springfield, IL 62702** |
| **Lincoln/Berenice Building, Inc.**<br>**3830 North Lincoln**<br>**Chicago, IL 60613** | **IL Dept. of Employment Security**<br>**PO Box 19286**<br>**Springfield, IL 62794** |

Sheet   **10**   of   **11**   continuation sheets attached to the Schedule of Codebtors

In re    **Mary NMI Prinn**                                                                      ,    Case No. _____
                                                                Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lincoln/Berenice Building, Inc.**<br>**3830 North Lincoln**<br>**Chicago, IL 60613** | **Shaw & Foley, L.L.C.**<br>**33 North County Street**<br>**Suite 302**<br>**Waukegan, IL 60085** |

Sheet __11__ of __11__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6I (10/06)

In re **Mary NMI Prinn**                                        Case No. _____
_____
                              Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son**<br>**Son** | AGE(S):<br>**11**<br>**7**<br>**9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Registered Nurse** | **Manager** |
| Name of Employer | **Advocate Health & Hospital Co.** | **Baby Bear, Inc.** |
| How long employed | **3.5** | **???** |
| Address of Employer | **2025 Windsor Drive**<br>**Oak Brook, IL 60523** | **3832 North Lincoln Avenue**<br>**Chicago, IL 60613** |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **9,500.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **9,500.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a.  Payroll taxes and social security | $ | **2,000.00** | $ | **0.00** |
|    b.  Insurance | $ | **250.00** | $ | **0.00** |
|    c.  Union dues | $ | **0.00** | $ | **0.00** |
|    d.  Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **2,250.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **7,250.00** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income | | | | |
| (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **7,250.00** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ | **7,250.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Official Form 6J (10/06)

In re   **Mary NMI Prinn**                                     Case No. _____

Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,300.00 |
| a. Are real estate taxes included?         Yes ____         No **X** | | |
| b. Is property insurance included?          Yes ____         No **X** | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 400.00 |
| b. Water and sewer | $ | 50.00 |
| c. Telephone | $ | 100.00 |
| d. Other   **Cable, Internet and Cell Phone** | $ | 200.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 150.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 60.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 120.00 |
| 10. Charitable contributions | $ | 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 100.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 150.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)   **Real Estate Taxes** | $ | 1,000.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other   **Second Mortgage** | $ | 556.00 |
| c. Other   **Dodge Caravan** | $ | 557.00 |
| d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **Personal Care and Grooming** | $ | 100.00 |
| Other   **Child Daycare and Expenses** | $ | 400.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 7,743.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 7,250.00 |
| b.   Average monthly expenses from Line 18 above | $ | 7,743.00 |
| c.   Monthly net income (a. minus b.) | $ | -493.00 |

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Mary NMI Prinn**

Debtor(s)

Case No. _____

Chapter **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __46__ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **September 21, 2007**

Signature **/s/ Mary NMI Prinn**

**Mary NMI Prinn**
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Official Form 7
(04/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    __Mary NMI Prinn__              Case No. _____

                       Debtor(s)      Chapter    __7__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐   business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$90,000.00** | **2007 Income from Employment YTD** |
| **$100,000.00** | **2006 Income from Employment** |
| **$0.00** | **2005 Income from Employment** |

2

**2. Income other than from employment or operation of business**

None ☐    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2007 Income Tax Refund for Fiscal Year 2006** |
| **$15,000.00** | **2006 Income Tax Refund for Fiscal Year 2005** |
| **$10,000.00** | **2005 Income Tax Refund for Fiscal Year 2004** |
| **$2,537.00** | **2006 Income from Small Growth Business Company** |
| **$1,087.00** | **2006 Income from State Income Tax Return for Fiscal Year 2005** |

**3. Payments to creditors**

None ☐    *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Wells Fargo Financial C/O Heller & Frisone 33 North La Salle Street Chicago, IL 60602** | **Wage garnishment from debtor's paycheck - $821 per paycheck** | **$3,277.00** | **$0.00** |

None ■    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
☐    this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Village Bank and Trust, Arlington Heights, an Illinois Corporation VS. Lincoln Berenice Build, Inc., et al., No. 07 CH 02210** | **Foreclosure** | **Cook County, Illinois** | **Judgment entered: 8/16/07 Amount: $330,000** |
| **Mary Prinn v. Daniel Prinn, No. 06 D 1583** | **Divorce** | **Lake County, Illinois** | **Pending** |
| **Baranowski v. Prinn No. 07 AR 50 $31,875.00** | **Collection** | **DuPage County, Illinois** | **Arbitration award rejected, no trial date has been set.** |
| **Wells Fargo Financial v. Prinn Lake County Arbitration, 06 SC 6423 $6,000.00** | **Collection** | **Lake County, Illinois** | **Judgment entered 2/26/07 Amount: $5328** |
| **FIA Card Services v. Prinn 07 LM 454 $32,092.02** | **Collection** | **Cook County, Illinois** | **Pending, no judgment has been entered** |
| **American Express Centurion v. Prinn 07 AR 588** | **Collection** | **Lake County, Illinois** | **Judgment entered on 6/14/07 Amount: $11,028** |
| **Chase Bank v. Prinn 07 M1 128168** | **Collection** | **Cook County, Illinois** | **Judgment entered 5/15/07 Amount: $4,644 Citation to Discover Assets hearing on 9/26/07** |
| **Glazer's Distributors of Illinois v. Prinn, et. al. 07 SC 3388** | **Collection** | **Lake County, Illinois** | **Dismissed on 9/14/07** |
| **Lincoln Park Savings Bank v. Prinn** | **Collection** | **Cook County, Illinois** | **Judgment entered 9/11/07 Amount: $18,682.97** |
| **Alpha Banking Corp. v. Baby Bear, Inc., Prinn, et. al.** | **Collection** | **Cook County, Illinois** | **Judgment amount: $1094 Citation to Discover Assets hearing on 9/24/07** |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
■    preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

### 5. Repossessions, foreclosures and returns

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Shaw & Foley, L.L.C.** **33 North County Street** **Suite 302** **Waukegan, IL 60085** | **11/8/07 - $2000** | **$2000 (minus $299 filing fee, $50 credit counseling fee, $30 credit report fee, $20 tax transcript fee)** |

5

### 10. Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

6

**15. Prior address of debtor**

None ■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                              NAME USED                              DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None ■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

7

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Baby Bear, Inc. d/b/a Grizzley's Lodge** | **36-4072213** | **3830-32 North Lincoln Ave Chicago, IL 60613** | **Tavern/restaurant Mary Prinn, President** | **4/1996 -** |
| **Lincoln/Bernice Building, Inc.** | **20-0928569** | **3830-32 North Lincoln Ave Chicago, IL 60612** | **Real estate investment** | **10/2004 -** |
| **Gigglin' Grizzley, Inc.** | **5518-7889** | **d/b/a Grizzley's Prime Time Saloon & Eatery 10 West Grand Lake Villa, IL 60046** | **Bar & Grille** | **12/20/2005 - 12/2006** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                            ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Marcheschi & Associates 3415 North Harlem Avenue Chicago, IL 60634** | **2004 - Present** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME             ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS             DATE ISSUED

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Mary Prinn** **1159 Kimberly Lane** **Antioch, IL 60002** | **President** | **Baby Bear, Inc. - 50% stock ownership** |
| **Daniel Prinn** **1159 Kimberly lane** **Antioch, IL 60002** | **Secretary** | **Baby Bear, Inc. - 50% stock ownership** |
| **Mary Prinn** **1159 Kimberly Lane** **Antioch, IL 60002** | **Secretary** | **Lincoln/Bernice Building, Inc. - 50% stock ownership** |
| **Daniel Prinn** **1159 Kimberly Lane** **Antioch, IL 60002** | **President** | **Lincoln/Bernice Building, Inc. - 50% stock ownership** |

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

9

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __September 21, 2007__          Signature  __/s/ Mary NMI Prinn__

**Mary NMI Prinn**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Mary NMI Prinn**
_____

Debtor(s)

Case No. _____

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■   I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐   I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■   I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **Household Goods and Furniture, including Tables, Couches, Lamps, TVs and Other Misc Equipment** | **Gemb/abt Tv** | | | | X |
| **2005 Dodge Caravan Miles: 60,000 Creditor: Great Lakes Credit Union** | **Great Lakes Cr Un** | | | | X |
| **Household Goods and Furniture, including Tables, Couches, Lamps, TVs and Other Misc Equipment** | **Wfnnb/harlem** | | | | X |
| **1159 Kimberly Lane Antioch, Illinois 60002** **Purchase Date: 10/04 Purchase Price: $508,000 Down Payment: $100,000** | **Chase Manhattan Mtg** | | | X | |
| **1159 Kimberly Lane Antioch, Illinois 60002** **Purchase Date: 10/04 Purchase Price: $508,000 Down Payment: $100,000** | **Chase Manhattan Mtg** | | | X | |
| **3830 North Lincoln Avenue D/B/A Grizzly's Lodge Chicago, Illinois** **Purchase Date: 3/04 Purchase Price: $550,000 Down Payment: $10,000** | **Small Business Administration** | | | X | |
| **3830 North Lincoln Avenue D/B/A Grizzly's Lodge Chicago, Illinois** **Purchase Date: 3/04 Purchase Price: $550,000 Down Payment: $10,000** | **Village Bank & Trust Arlington Hts** | | | X | |

Form 8 Cont.
(10/05)

In re    **Mary NMI Prinn**                                          Case No.    _____
_____
                            Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
(Continuation Sheet)

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date    **September 21, 2007**            Signature    **/s/ Mary NMI Prinn**
                                                    **Mary NMI Prinn**
                                                    Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Mary NMI Prinn** _____

Debtor(s)

Case No. _____

Chapter   **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

> For legal services, I have agreed to accept .................................................... $ _____**2,000.00**
>
> Prior to the filing of this statement I have received ........................................ $ _____**2,000.00**
>
> Balance Due .................................................................................................. $ _____**0.00**

2.  $ __**299.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  [Other provisions as needed]
       **Debtor has entered into an hourly rate agreement with attorney to pay $300 per hour for work pre & post filing. It is expressly agreed and understood by Debtor and his/her attorney that the legal fees paid are/will be exhausted in the filing and attendance at the Section 341 meeting of creditors; that any other matters arising out of the present chapter 7 case, i.e., motions, additional hearings, adversary proceedings, etc., are to be charged to the client on an hourly legal fee basis**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Debtor has entered into an hourly rate agreement with attorney to pay $300 per hour for work pre & post filing. It is expressly agreed and understood by Debtor and his/her attorney that the legal fees paid are/will be exhausted in the filing and attendance at the Section 341 meeting of creditors; that any other matters arising out of the present chapter 7 case, i.e., motions, additional hearings, adversary proceedings, etc., are to be charged to the client on an hourly legal fee basis**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September 21, 2007** _____

**/s/ Gary N. Foley** _____
**Gary N. Foley 06237076**
**Shaw & Foley, L. L. C.**
**33 No. County Street**
**Suite 302**
**Waukegan, IL 60085**
**847-244-4696   Fax: 847-244-4673**
**garyfoley@hotmail.com**

---

B 201 (04/09/06)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | September 21, 2007 |
|---|---|---|
| Gary N. Foley 06237076 | X /s/ Gary N. Foley | |
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**33 No. County Street**
**Suite 302**
**Waukegan, IL 60085**
**847-244-4696**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | September 21, 2007 |
|---|---|---|
| Mary NMI Prinn | X /s/ Mary NMI Prinn | |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) _____ | X | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Mary NMI Prinn** _____  Case No. _____
                                    Debtor(s)       Chapter   **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **96**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **September 21, 2007** _____      **/s/ Mary NMI Prinn** _____
                                                            **Mary NMI Prinn**
                                                            Signature of Debtor

ADT Security Services, Inc.
PO Box 96175
Las Vegas, NV 89193


Advance Me, Inc.
600 Town Park Lane
Kennesaw, GA 30144


Alpha Banking Company
c/o The Cheat Kaplan Baim Firm
30 North LaSalle Street, 1520
Chicago, IL 60602


American Compressed Gas Company
189 Central Avenue
Westwood, NJ 07675


American Express
C/O National Credit
PO Box 740640
Atlanta, GA 30374


American Express
C/O Blitt and Gaines
Wheeling, IL 60090


American Express
C/O NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


American Express
C/O Global Vantage
PO Box 10908
San Rafael, CA 94912


American Express
C/O Allied Interstate
3000 Corporate Drive 5th Floor
Columbus, OH 43231


American Express
PO Box 53852
Phoenix, AZ 85072

Amex
Po Box 297871
Fort Lauderdale, FL 33329


Amex
P.O. Box 650448
Dallas, TX 75265


Anderson Pest Solutions
219 W. Diversey Avenue
Elmhurst, IL 60126


At & T
PO Box 8212
Aurora, IL 60572


Auto-Chlor System
4283 Paysphere Circle
Chicago, IL 60674


Baby Bear, Inc. d/b/a Grizzy's Lodg
3830 North Lincoln Avenue
Chicago, IL 60613


Baranowski, Gregory and Helen
333 Mensching Road
Roselle, IL


Bill Abplanalp
7747 W. Belmont Ave
Elmwood Park, IL 60707


Blake Baum
6839 North Tonty
Chicago, IL 60646


Bp Oil/citibank
Po Box 6003
Hagerstown, MD 21747


Brass Tap Beverage Service
668 East Northwest Hwy
Mount Prospect, IL 60056

Capital 1 Bk
11013 W Broad St
Glen Allen, VA 23060

Capital One
C/O Account Solutions Group, LLC
205 Bryant Woods South
Buffalo, NY 14228

Capital One
C/O Gerald E. Moore & Associates
Atlanta, GA 31139

Capital One F.S.B.
C/O Blitt & Gaines, P.C.
661 Glenn Avenue
Wheeling, IL 60090

Chase
800 Brooksedge Blvd
Westerville, OH 43081

Chase Bank
C/O RMS
PO Box 20410
Bethlehem, PA 18025

Chase Manhattan Mtg
3415 Vision Dr
Columbus, OH 43219

Cingular Wireless
PO Box 6428
Carol Stream, IL 60197

Citgo Oil/citibank
Po Box 6003
Hagerstown, MD 21747

Citi AAdvantage Business Card
PO Box 6309
The Lakes, NV 88901

CitiBank
C/O LTD Financial Services
7322 Southwest Freeway, Suite 1600
Houston, TX 77074


CitiBank N.A.
C/O LTD Financial Services
Houston, TX 77074


CitiBusiness Card
PO Box 688901
Des Moines, IA 50368


Citicorp Credit Services
Payment Processing Center
Box 3136
Milwaukee, WI 53201


City of Chicago - Dept. of Revenue
Department of Business Affairs
121 North LaSalle, Suite 800
Chicago, IL 60602


City of Chicago - Dept. of Water
Department of Water Management
PO Box 6330
Chicago, IL 60680


CityWide Fire Equipment Company
2919 W. Irving Park Road
Chicago, IL 60618


Comcast
PO Box 173885
Denver, CO 80217


ComEd
Bill Payment Center
Chicago, IL 60668


Dan Prinn
1159 Kimberly Lane
Antioch, IL 60002

Daniel Prinn
1159 Kimberly Lane
Antioch, IL 60002


David Keith
215 W. Rollins Road
Round Lake, IL 60073


Direct TV
C/O Focus Receivables Management
1120 Northchase Parkway
Marietta, GA 30067


FIA Card Services
C/O Blatt, Hasenmiller, Leibsker,
125 S. Wacker, Suite 400
Chicago, IL 60606


GBD Custom Rehab, Inc.
C/O Dan Prinn
1159 Kimberly Lane
Antioch, IL 60002


GE Money Bank
PO Box 960061
Orlando, FL 32896


GE Money Bank
C/O Blatt, Hasenmiller, Leibsker &
125 South Wacker Drive, Suite 400
Chicago, IL 60606


GE Money Bank
C/O Arrow Financial Services
5996 W Touhy Avenue
Niles, IL 60714


Gemb/abt Tv
Po Box 981439
El Paso, TX 79998


Gemb/jcp
Po Box 984100
El Paso, TX 79998

Gigglin' Grizzly, Inc.
d/b/a Grizzly's Prime Time Saloon
10 West Grand Avenue
Lake Villa, IL 60046


Glazer's Distributors of IL
C/O Catherine Elliot Dunne
PO Box 10371
Chicago, IL 60610


Great Lakes Cr Un
2525 Green Bay Rd
North Chicago, IL 60064


Gregory Castaldi, Esq.
5521 North Cumberland Avenue
Suite 1109
Chicago, IL 60656


Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901


Household Bank
90 Christiana Rd
New Castle, DE 19720


IL Dept. of Employment Security
PO Box 19286
Springfield, IL 62794


Illinois Casualty Company
PO Box 4208
Rock Island, IL 61204


Illinois Department of Revenue
Willard Ice Building
101 West Jefferson Street
Springfield, IL 62702


Joel Nathan, Asst. U.S. Attorney
219 S. Dearborn, 5th floor
Chicago, IL 60604

JohnsonDiversey
2295 S. Mt. Prospect Road
Des Plaines, IL 60018


Joseph Siciliano
3101 North Greenview Avenue
Chicago, IL 60657


JP Graphics
4713 N. Ozanam Avenue
Harwood Heights, IL 60706


Judge & Dolph
C/O Abrams & Abrams, P.C.
211 Washington
Waukegan, IL 60085


Kohls/chase
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051


Lawrence P Seiwert
33 North La Salle Street
Chicago, IL 60602


Lincoln Park Savings Bank
2107 W. Irving Park Road
Chicago, IL 60618


Lincoln/Berenice Building, Inc.
3830 North Lincoln
Chicago, IL 60613


Loyola Unv
6525 N Sheridan Rd Rm 220
Chicago, IL 60626


Mahoney Environmental
1819 Moen Avenue
Joliet, IL 60436


Marcheschi & Associates
3415 North Harlem Avenue
Chicago, IL 60634

Neighborhood Boys & Girls Club
2501 W. Irving Park Road
Chicago, IL 60618

Nes/idap
2412 W Lawrence Ave
Chicago, IL 60625

Nicor Gas
P.O. Box 416
Aurora, IL 60568

Peoples Gas
Attn: Special Projects BK Dept
130 East Randolph
Chicago, IL 60601

RBS National Bank
C/O Nelson, Watson, & Associates
80 Merrimack Street, lower level
Haverhill, MA 01830

Selfreliance Ukrainian
2332 W Chicago Ave
Chicago, IL 60622

Shaheen, Novoselsky, Staat
20 North Wacker Drive
Suite 2900
Chicago, IL 60606

Sharco Inc.
PO Box 1421
Arlington Heights, IL 60006

Shaw & Foley, L.L.C.
33 North County Street
Suite 302
Waukegan, IL 60085

Shell Oil/citibank
Po Box 6003
Hagerstown, MD 21747

Small Business Administration
Springfield Branch Office
511 West Capital Avenue, Suite 302
Springfield, IL 62704


Supreme Lobster and Seafood Co.
220 E. North Avenue
Villa Park, IL 60181


Swanel, Inc.
PO Box 1186
Hammond, IN 46325


Todd McElhaney
529 North Claremont
Chicago, IL 60612


US Foodservice
10410 S. 50th Place
Phoenix, AZ 85044


Village Bank & Trust Arlington Hts
311 South Arlington Heights Road
Arlington Heights, IL 60005


Vince Vitulli
4057 West Patterson
Chicago, IL 60641


Waste Management
1411 Opus Place
Suite 400
Downers Grove, IL 60515


Wells Fargo Bank
C/O The Best Service Company
10780 Santa Monica Blvd
Los Angeles, CA 90025


Wells Fargo Financial
2501 Seaport Dr.
Suite BH-300
Chester, PA 19013

Wells Fargo Financial
C/O Heller & Frisone, Ltd
33 North LaSalle, Suite 1200
Chicago, IL 60602


Wffinance
1191 E Dundee Rd
Palatine, IL 60074


Wfnnb/harlem
Po Box 182273 - Wf
Columbus, OH 43218


XO Communications
C/O NCO Financial Systems
3850 N. Causeway Blvd, Suite 200
Metairie, LA 70002