UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                        §
                                              §
PRINN, MARY                                   §     Case No. 07-17244
                                              §
_____Debtor(s)_____§

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                      $

     Funds were disbursed in the following amounts:

     Payments made under an interim disbursement
     Administrative expenses
     Other payments to creditors
     Non-estate funds paid to 3rd Parties
     Exemptions paid to the debtor
     Other payments to the debtor

     Leaving a balance on hand of[1]                 $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (10/1/2010) *(Page: 1)*

  5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7. The Trustee's proposed distribution is attached as **Exhibit D**.

  8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_\_, for total expenses of $\_\_\_\_\_ [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOSEPH E. COHEN_____
                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 07-17244 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|---|
| Case Name: | PRINN, MARY | | | | Date Filed (f) or Converted (c): | 09/21/07 (f) |
| | | | | | 341(a) Meeting Date: | 10/29/07 |
| For Period Ending: | 06/23/11 | | | | Claims Bar Date: | 04/17/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 530,000.00 | 0.00 | | 0.00 | FA |
| 2. REAL ESTATE | 700,000.00 | 100,000.00 | | 0.00 | FA |
| 3. CASH | 100.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING | 20.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS, PICTURES | 300.00 | 0.00 | | 0.00 | FA |
| 7. APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 8. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 9. IRA | 4,000.00 | 0.00 | | 0.00 | FA |
| 10. 401(K) | 13,000.00 | 0.00 | | 0.00 | FA |
| 11. STOCK | 200.00 | 0.00 | | 0.00 | FA |
| 12. TAX REFUND | 10,000.00 | 6,000.00 | | 10,000.00 | FA |
| 13. VEHICLES | 22,000.00 | 2,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 6.05 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,280,620.00 | $108,000.00 | | $10,006.05 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS ASKED FOR RECORDS ON REAL ESTATE OWNED BY DEBTOR. TRUSTEE ALSO REQUESTING INFO ON POSSIBLE TAX REFUNDS. TRUSTEE AND DEBTOR ARE REACHING AN AGREEMENT REGARDING HOW MUCH IS DUE TO TRUSTEE FOR INCOME TAX REFUND. TRUSTEE HAS RECEIVED TAX REFUND FROM DEBTOR. TRUSTEE TO REVIEW CLAIMS. TRUSTEE PREPARING HIS FINAL REPORT.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 07-17244   ABG   Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PRINN, MARY | | Date Filed (f) or Converted (c): | 09/21/07 (f) |
| | | | 341(a) Meeting Date: | 10/29/07 |
| | | | Claims Bar Date: | 04/17/09 |

Initial Projected Date of Final Report (TFR): 10/30/09        Current Projected Date of Final Report (TFR): 02/28/11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 07-17244 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PRINN, MARY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0850 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4775 | | | |
| For Period Ending: | 06/23/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/23/08 | 12 | Mary Prinn | Tax refund<br>Income tax refund | 1124-000 | 10,000.00 | | 10,000.00 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,000.08 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 10,000.16 |
| 02/28/09 | 000301 | International Sureties, Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 8.21 | 9,991.95 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 9,992.04 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 9,992.26 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,992.51 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,992.76 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,993.01 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,993.26 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,993.51 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,993.76 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,994.01 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,994.26 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,994.51 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.23 | | 9,994.74 |
| 03/26/10 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 11.88 | 9,982.86 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 9,983.12 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,983.37 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,983.62 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,983.87 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,984.12 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 9,984.38 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,984.63 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,984.88 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,985.13 |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 07-17244 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | PRINN, MARY | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0850 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4775 | | |
| For Period Ending: | 06/23/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,985.38 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,985.63 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,985.71 |
| 03/29/11 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 4.89 | 9,980.82 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,980.90 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,980.98 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 9,981.07 |

| Account *******0850 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 1 | Deposits | 10,000.00 | 3 | Checks | 24.98 |
| 29 | Interest Postings | 6.05 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 10,006.05 | | | |
| | | | | Total | $ 24.98 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 10,006.05 | | | |

UST Form 101-7-TFR (10/1/2010) *(Page: 6)*

LFORM2T4

Ver: 16.02b

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-17244 | | Page 1 | | Date: June 23, 2011 |
| Debtor Name: | PRINN, MARY | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3110-00 | Cohen & Krol | Administrative | | $2,058.75 | $0.00 | $2,058.75 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $4.89 | $4.89 | $0.00 |
| 000002 | Swanel, Inc. PO Box 1186 Hammond, IN 46325 | Priority | | $5,385.00 | $0.00 | $5,385.00 |
| 000023 040 5800-00 | Illinois Department of Revenue P.O. Box 19035 Springfield, IL 62794-9035 | Priority | | $18,209.87 | $0.00 | $18,209.87 |
| 000024 040 5800-00 | Illinois Department of Revenue P.O. Box 19035 Springfield, IL 62794-9035 | Priority | | $4,407.75 | $0.00 | $4,407.75 |
| 000025 040 5800-00 | Illinois Department of Revenue P.O. Box 19024 Springfield, IL 62794-9024 | Priority | | $100.00 | $0.00 | $100.00 |
| 000026 040 5800-00 | Illinois Department of Revenue P.O. Box 19447 Springfield, IL 62794-9447 | Priority | | $528.00 | $0.00 | $528.00 |
| 000027 040 5800-00 | Illinois Department of Revenue P.O. Box 19447 Springfield, IL 62794-9447 | Priority | | $510.41 | $0.00 | $510.41 |
| 000028 040 5800-00 | Illinois Department of Revenue P.O. Box 19447 Springfield, IL 62794-9447 | Priority | | $216.81 | $0.00 | $216.81 |
| 000030 040 5800-00 | Chicago Department of Revenue A/R Division - Revenue Recovery Unit P.O. Box A3542 Chicago, IL 60690-3542 | Priority | | $9,433.20 | $0.00 | $9,433.20 |
| 000031 | I.D.E.S. Chicago Region - Revenue 527 Wells Chicago, IL 60607-3922 | Priority | | $2,601.46 | $0.00 | $2,601.46 |
| 000032 040 5800-00 | Internal Revenue Service P.O. Box 70503 Charlotte, NC 28201-1269 | Priority | | $59.40 | $0.00 | $59.40 |
| 000033 040 5800-00 | Internal Revenue Service P.O. Box 70503 Charlotte, NC 28201-1269 | Priority | | $236.40 | $0.00 | $236.40 |
| 000034 040 5800-00 | Internal Revenue Service P.O. Box 70503 Charlotte, NC 28201-1269 | Priority | | $3,594.14 | $0.00 | $3,594.14 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-17244 | | Page 2 | | Date: June 23, 2011 |
| Debtor Name: | PRINN, MARY | | Claim Class Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000035 040 5800-00 | Internal Revenue Service<br>P.O. Box 70503<br>Charlotte, NC 28201-1269 | Priority | | $4,243.54 | $0.00 | $4,243.54 |
| 000036 040 5800-00 | Internal Revenue Service<br>P.O. Box 70503<br>Charlotte, NC 28201-1269 | Priority | | $1,815.66 | $0.00 | $1,815.66 |
| 000038 040 5800-00 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Priority | | $1,552.90 | $0.00 | $1,552.90 |
| 000001 | ComEd Company<br>Attn Revenue Management Dept<br>2100 Swift Drive<br>Oak Brook IL 60523 | Unsecured | | $3,504.27 | $0.00 | $3,504.27 |
| 000003 | LVNV Funding LLC its successors and assigns as<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $719.10 | $0.00 | $719.10 |
| 000004 | LVNV Funding LLC its successors and assigns as<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $885.97 | $0.00 | $885.97 |
| 000005 | LVNV Funding LLC its successors and assigns as<br>assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $1,510.81 | $0.00 | $1,510.81 |
| 000006 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Unsecured | | $3,802.47 | $0.00 | $3,802.47 |
| 000007 | Waste Management RMC<br>2625 W GRANDVIEW RD STE 150<br>PHOENIX AZ 85023 | Unsecured | | $2,306.15 | $0.00 | $2,306.15 |
| 000008 | Nes<br>National Education Servicing LLC<br>200 W Monroe St Suite 700<br>Chicago IL 60606-5075 | Unsecured | | $18,313.62 | $0.00 | $18,313.62 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-17244 | | Page 3 | | | Date: June 23, 2011 |
| Debtor Name: | PRINN, MARY | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000009 | Loyola Unv<br>6525 N Sheridan Rd Rm 220<br>Chicago, IL 60626 | Unsecured | | $2,115.48 | $0.00 | $2,115.48 |
| 000010 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | | $2,069.56 | $0.00 | $2,069.56 |
| 000011 | Advance Me, Inc.<br>600 Town Park Lane<br>Kennesaw, GA 30144 | Unsecured | | $11,009.11 | $0.00 | $11,009.11 |
| 000012 | eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Unsecured | | $493.85 | $0.00 | $493.85 |
| 000013 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsecured | | $1,060.53 | $0.00 | $1,060.53 |
| 000014 | LAKESHORE WASTE SERVICES<br>4808 WEST WILSON AVENUE<br>CHICAGO IL 60630 | Unsecured | | $814.05 | $0.00 | $814.05 |
| 000015 | American Express Travel Related<br>Services Co, Inc Corp Card<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $4,081.05 | $0.00 | $4,081.05 |
| 000016 | American Express Travel Related<br>Services Co, Inc<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $1,143.30 | $0.00 | $1,143.30 |
| 000017 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK  73124-8809 | Unsecured | | $36,717.27 | $0.00 | $36,717.27 |
| 000018 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $11,018.01 | $0.00 | $11,018.01 |
| 000020 | GE Money Bank dba SAM'S CLUB<br>Recovery Management Systems Corporation<br>For GE Money Bank<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Unsecured | | $392.05 | $0.00 | $392.05 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

| Case Number: | 07-17244 | | Page 4 | | | Date: June 23, 2011 |
| Debtor Name: | PRINN, MARY | | Claim Class Sequence | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000021 | Gregory and Helen Baranowski<br>c/o Derek D. Samz<br>DiMonte Lizak, LLC<br>216 W. Higgins Road<br>Park Ridge, IL 60068 | Unsecured | | $37,600.21 | $0.00 | $37,600.21 |
| 000022 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | Unsecured | | $6,466.71 | $0.00 | $6,466.71 |
| 000029 | Raisa Skrebetz<br>1024 Devon Ave.<br>Antioch, IL 60002 | Unsecured | | $10,000.00 | $0.00 | $10,000.00 |
| 000037 | Blake Baum<br>6839 North Tonty<br>Chicago, IL 60646 | Unsecured | | $10,000.00 | $0.00 | $10,000.00 |
| 000019 | David Keith<br>215 W. Rollins Road<br>Round Lake, IL 60073 | Secured | | $33,995.20 | $0.00 | $33,995.20 |
| | Case Totals: | | | $254,976.95 | $4.89 | $254,972.06 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-17244
Case Name: PRINN, MARY
Trustee Name: JOSEPH E. COHEN

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses  $_____

Remaining Balance  $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000023 | Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 62794-9035 | $ | $ | $ |
| 000024 | Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 62794-9035 | $ | $ | $ |
| 000025 | Illinois Department of Revenue<br>P.O. Box 19024<br>Springfield, IL 62794-9024 | $ | $ | $ |
| 000026 | Illinois Department of Revenue<br>P.O. Box 19447<br>Springfield, IL 62794-9447 | $ | $ | $ |
| 000027 | Illinois Department of Revenue<br>P.O. Box 19447<br>Springfield, IL 62794-9447 | $ | $ | $ |
| 000028 | Illinois Department of Revenue<br>P.O. Box 19447<br>Springfield, IL 62794-9447 | $ | $ | $ |
| 000030 | Chicago Department of Revenue<br>A/R Division - Revenue Recovery Unit<br>P.O. Box A3542<br>Chicago, IL 60690-3542 | $ | $ | $ |
| 000032 | Internal Revenue Service<br>P.O. Box 70503<br>Charlotte, NC 28201-1269 | $ | $ | $ |
| 000033 | Internal Revenue Service<br>P.O. Box 70503<br>Charlotte, NC 28201-1269 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000034 | Internal Revenue Service P.O. Box 70503 Charlotte, NC 28201-1269 | $ | $ | $ |
| 000035 | Internal Revenue Service P.O. Box 70503 Charlotte, NC 28201-1269 | $ | $ | $ |
| 000036 | Internal Revenue Service P.O. Box 70503 Charlotte, NC 28201-1269 | $ | $ | $ |
| 000038 | Illinois Department of Employment Security 33 South State Street Chicago, Illinois 60603 Attn: Bankruptcy Unit - 10th flr. | $ | $ | $ |

Total to be paid to priority creditors   $_____

Remaining Balance   $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be     percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

      Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE