## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PRINN, MARY | § | Case No. 07-17244 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 2:00 PM on 08/05/2011 in Courtroom ,

Park City Branch Court
301 Greenleaf Avenue
Park City, IL 60085

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: _____
Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
PRINN, MARY § Case No. 07-17244
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,006.05 |
| and approved disbursements of | $ | 24.98 |
| leaving a balance on hand of[1] | $ | 9,981.07 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,750.60 | $ 0.00 | $ 1,750.60 |
| Trustee Expenses: JOSEPH E. COHEN | $ 32.30 | $ 0.00 | $ 32.30 |
| Attorney for Trustee Fees: Cohen & Krol | $ 2,058.75 | $ 0.00 | $ 2,058.75 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 4.89 | $ 4.89 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,841.65 |
| Remaining Balance | | $ | 6,139.42 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 44,908.08 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000023 | Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 62794-9035 | $ 18,209.87 | $ 0.00 | $ 2,489.49 |
| 000024 | Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 62794-9035 | $ 4,407.75 | $ 0.00 | $ 602.59 |
| 000025 | Illinois Department of Revenue<br>P.O. Box 19024<br>Springfield, IL 62794-9024 | $ 100.00 | $ 0.00 | $ 13.67 |
| 000026 | Illinois Department of Revenue<br>P.O. Box 19447<br>Springfield, IL 62794-9447 | $ 528.00 | $ 0.00 | $ 72.18 |
| 000027 | Illinois Department of Revenue<br>P.O. Box 19447<br>Springfield, IL 62794-9447 | $ 510.41 | $ 0.00 | $ 69.78 |
| 000028 | Illinois Department of Revenue<br>P.O. Box 19447<br>Springfield, IL 62794-9447 | $ 216.81 | $ 0.00 | $ 29.64 |
| 000030 | Chicago Department of Revenue<br>A/R Division - Revenue Recovery Unit<br>P.O. Box A3542<br>Chicago, IL 60690-3542 | $ 9,433.20 | $ 0.00 | $ 1,289.62 |
| 000032 | Internal Revenue Service<br>P.O. Box 70503<br>Charlotte, NC 28201-1269 | $ 59.40 | $ 0.00 | $ 8.12 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000033 | Internal Revenue Service<br>P.O. Box 70503<br>Charlotte, NC 28201-1269 | $ 236.40 | $ 0.00 | $ 32.32 |
| 000034 | Internal Revenue Service<br>P.O. Box 70503<br>Charlotte, NC 28201-1269 | $ 3,594.14 | $ 0.00 | $ 491.36 |
| 000035 | Internal Revenue Service<br>P.O. Box 70503<br>Charlotte, NC 28201-1269 | $ 4,243.54 | $ 0.00 | $ 580.14 |
| 000036 | Internal Revenue Service<br>P.O. Box 70503<br>Charlotte, NC 28201-1269 | $ 1,815.66 | $ 0.00 | $ 248.22 |
| 000038 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | $ 1,552.90 | $ 0.00 | $ 212.29 |

|   |   |
|---|---|
| Total to be paid to priority creditors | $ 6,139.42 |
| Remaining Balance | $ 0.00 |

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

NONE

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

Certificate of Service    Page 5 of 8

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                               United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                                     Case No. 07-17244-ABG
Mary Prinn                                                                                 Chapter 7
         Debtor
                                             CERTIFICATE OF NOTICE
District/off: 0752-1           User: tmaurer                Page 1 of 3                    Date Rcvd: Jul 13, 2011
                               Form ID: pdf006              Total Noticed: 129


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2011.
db           +Mary Prinn,    1159 Kimberly Lane,    Antioch, IL 60002-7296
aty          +Andrew G Youra,    Fraser & Youra, LLC,    208 N. West Street, Suite 100,    Waukegan, IL 60085-4255
aty           Gary N Foley,    Gary N. Foley, P.C.,    1919 Route 83,    Round Lake Beach, IL 60073
aty          +James H Hall, Jr,    JHH Ltd.,    4746 W. Bryn Mawr Ave.,    Chicago, IL 60646-6634
tr           +Joseph E Cohen,    Tr.,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
11624666     +Alpha Banking Company,    c/o The Cheat Kaplan Baim Firm,    30 North LaSalle Street, 1520,
               Chicago, IL 60602-3387
11624667     +American Compressed Gas Company,    189 Central Avenue,    Westwood, NJ 07675-7399
11624668     +American Express,    C/O National Credit,    PO Box 740640,    Atlanta, GA 30374-0640
11624671     +American Express,    C/O Global Vantage,    PO Box 10908,    San Rafael, CA 94912-0908
11624670     +American Express,    C/0 NCO Financial Systems,    507 Prudential Road,    Horsham, PA 19044-2368
11624673     +American Express,    PO Box 53852,    Phoenix, AZ 85072-3852
11624672      American Express,    C/O Allied Interstate,    3000 Corporate Drive 5th Floor,    Columbus, OH 43231
11624669      American Express,    C/O Blitt and Gaines,    Wheeling, IL 60090
13790254      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13702234      American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
13685526      American Express Travel Related,    Services Co, Inc,    POB 3001,    Malvern, PA 19355-0701
13685510      American Express Travel Related,    Services Co, Inc Corp Card,    POB 3001,
               Malvern, PA 19355-0701
11624674     +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
11624675     +Amex,    P.O. Box 650448,    Dallas, TX 75265-0448
11624677     +At & T,    PO Box 8212,    Aurora, IL 60572-8212
11624678     +Auto-Chlor System,    4283 Paysphere Circle,    Chicago, IL 60674-0001
12090228     +BRENNAN & CLARK LTD,    721 E MADISON SUITE 200,    VILLA PARK IL 60181-3083
11624679     +Baby Bear, Inc. d/b/a Grizzy’s Lodg,    3830 North Lincoln Avenue,    Chicago, IL 60613-3520
11624680     +Baranowski, Gregory and Helen,    333 Mensching Road,    Roselle, IL 60172-2960
11624681     +Bill Abplanalp,    7747 W. Belmont Ave,    Elmwood Park, IL 60707-1021
11624682     +Blake Baum,    6839 North Tonty,    Chicago, IL 60646-1314
11624683      Bp Oil/citibank,    Po Box 6003,    Hagerstown, MD 21747
11624684     +Brass Tap Beverage Service,    668 East Northwest Hwy,    Mount Prospect, IL 60056-3364
12090226     +CITY OF CHICAGO,    FALSE BURGLAR ALARM UNIT,    PO BOX 4956,    CHICAGO IL 60680-4956
12090227     +CITY OF CHICAGO,    DEPT OF ADMIN HEARINGS,    740 N SEDGWICK 2ND FLOOR,    CHICAGO IL 60654-2555
11624685     +Capital 1 Bk,    11013 W Broad St,    Glen Allen, VA 23060-5937
11624686     +Capital One,    C/O Account Solutions Group, LLC,    205 Bryant Woods South,
               Buffalo, NY 14228-3609
11624687      Capital One,    C/O Gerald E. Moore & Associates,    Atlanta, GA 31139
11624688     +Capital One F.S.B.,    C/O Blitt & Gaines, P.C.,    661 Glenn Avenue,    Wheeling, IL 60090-6017
11624689     +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11624690     +Chase Bank,    C/O RMS,    PO Box 20410,    Bethlehem, PA 18025-0001
13616834     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
11624691     +Chase Manhattan Mtg,    3415 Vision Dr,    Columbus, OH 43219-6009
13801774      Chicago Department of Revenue,    A/R Division - Revenue Recovery Unit,    P.O. Box A3542,
               Chicago, IL 60690-3542
11624692     +Cingular Wireless,    PO Box 6428,    Carol Stream, IL 60197-6428
11624693      Citgo Oil/citibank,    Po Box 6003,    Hagerstown, MD 21747
11624694     +Citi AAdvantage Business Card,    PO Box 6309,    The Lakes, NV 88901-6309
11624695     +CitiBank,    C/O LTD Financial Services,    7322 Southwest Freeway, Suite 1600,
               Houston, TX 77074-2053
11624696      CitiBank N.A.,    C/O LTD Financial Services,    Houston, TX 77074
11624697     +CitiBusiness Card,    PO Box 688901,    Des Moines, IA 50368-8901
11624698     +Citicorp Credit Services,    Payment Processing Center,    Box 3136,    Milwaukee, WI 53201-3136
11624699     +City of Chicago - Dept. of Revenue,    Department of Business Affairs,
               121 North LaSalle, Suite 800,    Chicago, IL 60602-1237
11624700     +City of Chicago - Dept. of Water,    Department of Water Management,    PO Box 6330,
               Chicago, IL 60680-6330
11624701     +CityWide Fire Equipment Company,    2919 W. Irving Park Road,    Chicago, IL 60618-3511
11624702     +Comcast,    PO Box 173885,    Denver, CO 80217-3885
11624704     +Dan Prinn,    1159 Kimberly Lane,    Antioch, IL 60002-7296
11624705     +Daniel Prinn,    1159 Kimberly Lane,    Antioch, IL 60002-7296
11624706     +David Keith,    215 W. Rollins Road,    Round Lake, IL 60073-1348
11624707      Direct TV,    C/O Focus Receivables Management,    1120 Northchase Parkway,    Marietta, GA 30067
11624708     +FIA Card Services,    C/O Blatt, Hasenmiller, Leibsker,,    125 S. Wacker, Suite 400,
               Chicago, IL 60606-4440
11624709     +GBD Custom Rehab, Inc.,    C/O Dan Prinn,    1159 Kimberly Lane,    Antioch, IL 60002-7296
11624712     +GE Money Bank,    C/O Arrow Financial Services,    5996 W Touhy Avenue,    Niles, IL 60714-4610
11624711     +GE Money Bank,    C/O Blatt, Hasenmiller, Leibsker &,    125 South Wacker Drive, Suite 400,
               Chicago, IL 60606-4440
11624715     +Gigglin’ Grizzly, Inc.,    d/b/a Grizzly’s Prime Time Saloon,    10 West Grand Avenue,
               Lake Villa, IL 60046-8604
11624716     +Glazer’s Distributors of IL,    C/O Catherine Elliot Dunne,    PO Box 10371,
               Chicago, IL 60610-0371
11624717     +Great Lakes Cr Un,    2525 Green Bay Rd,    North Chicago, IL 60064-3082
11624718     +Gregory Castaldi, Esq.,    5521 North Cumberland Avenue,    Suite 1109,    Chicago, IL 60656-4720
```

```
District/off: 0752-1           User: tmaurer                Page 2 of 3                   Date Rcvd: Jul 13, 2011
                               Form ID: pdf006              Total Noticed: 129


13764828     +Gregory and Helen Baranowski,    c/o Derek D. Samz,    DiMonte Lizak, LLC,    216 W. Higgins Road,
               Park Ridge, IL 60068-5706
11624719     +Home Depot Credit Services,    PO Box 6029,    The Lakes, NV 88901-6029
11624720     +Household Bank,    90 Christiana Rd,    New Castle, DE 19720-3187
13801789     +I.D.E.S. Chicago Region - Revenue,     527 Wells,   Chicago, IL 60607-3928
11624721     +IL Dept. of Employment Security,    PO Box 19286,    Springfield, IL 62794-9286
13801791    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,     P.O. Box 70503,
               Charlotte, NC 28201-1269)
11624722     +Illinois Casualty Company,    PO Box 4208,    Rock Island, IL 61204-4208
13989993     +Illinois Department of Employment Security,     33 South State Street,
               Chicago, Illinois 60603-2808
13989996     +Illinois Department of Employment Security,     33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
13801675      Illinois Department of Revenue,    P.O. Box 19035,    Springfield, IL 62794-9035
13801711      Illinois Department of Revenue,    P.O. Box 19447,    Springfield, IL 62794-9447
13801687      Illinois Department of Revenue,    P.O. Box 19024,    Springfield, IL 62794-9024
11624723      Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,    Chicago, IL 60664-0338
11624727     +JP Graphics,    4713 N. Ozanam Avenue,    Harwood Heights, IL 60706-4505
11624724     +Joel Nathan, Asst. U.S. Attorney,     219 S. Dearborn, 5th floor,    Chicago, IL 60604-2029
11624725     +JohnsonDiversey,    2295 S. Mt. Prospect Road,    Des Plaines, IL 60018-1810
11624726     +Joseph Siciliano,    3101 North Greenview Avenue,    Chicago, IL 60657-3171
11624728      Judge & Dolph,    C/O Abrams & Abrams, P.C.,    211 Washington,    Waukegan, IL 60085
12090230     +LAW OFFICE OF,   MITCHELL N KAY PC,     PO BOX 2374,   CHICAGO IL 60690-2374
11624730     +Lawrence P Seiwert,    33 North La Salle Street,    Chicago, IL 60602-2603
11624731     +Lincoln Park Savings Bank,    2107 W. Irving Park Road,    Chicago, IL 60618-3923
11624732     +Lincoln/Berenice Building, Inc.,    3830 North Lincoln,    Chicago, IL 60613-3520
11624733     +Loyola Unv,    6525 N Sheridan Rd Rm 220,    Chicago, IL 60626-5761
11624734     +Mahoney Environmental,    1819 Moen Avenue,    Joliet, IL 60436-9323
11624736     +Neighborhood Boys & Girls Club,    2501 W. Irving Park Road,    Chicago, IL 60618-3785
11624737     +Nes,   National Education Servicing LLC,     200 W Monroe St Suite 700,    Chicago IL 60606-5057
11624738     +Peoples Gas,    Attn: Special Projects BK Dept,    130 East Randolph,    Chicago, IL 60601-6302
11624740     +RBS National Bank,    C/O Nelson, Watson, & Associates,    80 Merrimack Street, lower level,
               Haverhill, MA 01830-5211
12090232     +ROBERT M WOLFBERG ESQ,    300 N ELIZABETH 4E,    CHICAGO IL 60607-1144
13801751     +Raisa Skrebetz,    1024 Devon Ave.,    Antioch, IL 60002-6436
12090233     +SKO BRENNER AMERICAN INC,    40 DANIEL ST,    PO BOX 9320,    BALDWIN NY 11510-9320
11624741     +Selfreliance Ukrainian,    2332 W Chicago Ave,    Chicago, IL 60622-6911
11624742     +Shaheen, Novoselsky, Staat,    20 North Wacker Drive,    Suite 2900,    Chicago, IL 60606-3101
11624743     +Sharco Inc.,    PO Box 1421,   Arlington Heights, IL 60006-1421
11624744     +Shaw & Foley, L.L.C.,    33 North County Street,    Suite 302,    Waukegan, IL 60085-4322
11624745      Shell Oil/citibank,    Po Box 6003,    Hagerstown, MD 21747
11624746     +Small Business Administration,    Springfield Branch Office,     511 West Capital Avenue, Suite 302,
               Springfield, IL 62704-1989
11624747     +Supreme Lobster and Seafood Co.,    220 E. North Avenue,    Villa Park, IL 60181-1207
11624748     +Swanel, Inc.,    PO Box 1186,   Hammond, IN 46325-1186
12090234     +TECHNOLOGY INSURANCE COMPANY,    5800 LOMBARDO CENTER,     INDEPENDENCE OH 44131-2550
11624749     +Todd McElhaney,    529 North Claremont,    Chicago, IL 60612-1411
11624750     +US Foodservice,    10410 S. 50th Place,    Phoenix, AZ 85044-5208
11624751     +Village Bank & Trust Arlington Hts,     311 South Arlington Heights Road,
               Arlington Heights, IL 60005-1957
11624752     +Vince Vitulli,    4057 West Patterson,    Chicago, IL 60641-3042
12090235     +WEST ASSET MANAGEMENT,    PO BOX 105812,    ATLANTA GA 30348-5812
11624753     +Waste Management RMC,    2625 W GRANDVIEW RD STE 150,    PHOENIX AZ 85023-3113
11624754     +Wells Fargo Bank,    C/O The Best Service Company,    10780 Santa Monica Blvd,
               Los Angeles, CA 90025-4749
11624755     +Wells Fargo Financial,    2501 Seaport Dr.,    Suite BH-300,    Chester, PA 19013-1893
11624756     +Wells Fargo Financial,    C/O Heller & Frisone, Ltd,    33 North LaSalle, Suite 1200,
               Chicago, IL 60602-3415
11624757     +Wffinance,    1191 E Dundee Rd,    Palatine, IL 60074-8306
11624758     +Wfnnb/harlem,    Po Box 182273 - Wf,    Columbus, OH 43218-2273
11624759     +XO Communications,    C/O NCO Financial Systems,    3850 N. Causeway Blvd, Suite 200,
               Metairie, LA 70002-7227
13599264      eCAST Settlement Corporation assignee of,     HSBC Bank Nevada and its Assigns,    POB 35480,
               Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11624665     +E-mail/Text: rklepak@capitalaccessnetwork.com Jul 13 2011 23:40:10      Advance Me, Inc.,
               600 Town Park Lane,    Kennesaw, GA 30144-3729
11624703     +E-mail/Text: legalcollections@comed.com Jul 13 2011 23:39:17      ComEd,    Bill Payment Center,
               Chicago, IL 60668-0001
11872055     +E-mail/Text: legalcollections@comed.com Jul 13 2011 23:39:17      ComEd Company,
               Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
13701091      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 13 2011 23:50:37
               FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
               Oklahoma City, OK  73124-8809
11624710     +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2011 23:51:34      GE Money Bank,    PO Box 960061,
               Orlando, FL 32896-0061
```

```
District/off: 0752-1           User: tmaurer              Page 3 of 3                Date Rcvd: Jul 13, 2011
                               Form ID: pdf006            Total Noticed: 129
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13759021     +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2011 23:51:34      GE Money Bank dba SAM'S CLUB,
              Recovery Management Systems Corporation,   For GE Money Bank,   25 SE 2nd Ave Ste 1120,
              Miami FL 33131-1605
11624713     +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2011 23:51:34      Gemb/abt Tv,   Po Box 981439,
              El Paso, TX 79998-1439
11624714     +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2011 23:51:34      Gemb/jcp,   Po Box 984100,
              El Paso, TX 79998-4100
11624729     +E-mail/PDF: cr-bankruptcy@kohls.com Jul 13 2011 23:51:42       Kohls/chase,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
13567502      E-mail/Text: resurgentbknotifications@resurgent.com Jul 13 2011 23:37:56     LVNV Funding LLC,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13483074      E-mail/Text: resurgentbknotifications@resurgent.com Jul 13 2011 23:37:56
              LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
11624738     +E-mail/Text: bankrup@nicor.com Jul 13 2011 23:38:04    Nicor Gas,   P.O. Box 416,
              Aurora, IL 60568-0001
12090231     +E-mail/Text: bankruptcy@rewardsnetwork.com Jul 13 2011 23:40:22     REWARDS NETWORK INC,
              2 NORTH RIVERSIDE PLAZA,   SUITE 950,   CHICAGO IL 60606-2614
13485230      E-mail/PDF: BNCEmails@blinellc.com Jul 13 2011 23:51:11    Roundup Funding, LLC,   MS 550,
              PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11624664     ##+ADT Security Services, Inc.,   PO Box 96175,   Las Vegas, NV 89193-6175
11624676     ##+Anderson Pest Solutions,   219 W. Diversey Avenue,   Elmhurst, IL 60126-1103
12090229     ##+LAKESHORE WASTE SERVICES,   4808 WEST WILSON AVENUE,   CHICAGO IL 60630-3826
11624735     ##+Marcheschi & Associates,   3415 North Harlem Avenue,   Chicago, IL 60634-3606
                                                                                        TOTALS: 0, * 0, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 15, 2011**                **Signature:**  _Joseph Speetjens_