UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
PRINN, MARY § Case No. 07-17244
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH E. COHEN _____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000030 | CHICAGO DEPARTMENT OF REVENUE | | | | | |
| 000031 | I.D.E.S. CHICAGO REGION - REVENUE | | | | | |
| 000038 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| 000028 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000027 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000026 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000025 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000024 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000023 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 000036 | INTERNAL REVENUE SERVICE | | | | | |
| 000035 | INTERNAL REVENUE SERVICE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000034 | INTERNAL REVENUE SERVICE | | | | | |
| 000033 | INTERNAL REVENUE SERVICE | | | | | |
| 000032 | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000011 | ADVANCE ME, INC. | | | | | |
| 000022 | AMERICAN EXPRESS BANK FSB | | | | | |
| 000018 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000016 | AMERICAN EXPRESS TRAVEL RELATED | | | | | |
| 000015 | AMERICAN EXPRESS TRAVEL RELATED | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000037 | BLAKE BAUM | | | | | |
| 000013 | CHASE BANK USA,N.A | | | | | |
| | CLERK, U.S. BANKRUPTCY COURT | | | | | |
| 000001 | COMED COMPANY | | | | | |
| 000019 | DAVID KEITH | | | | | |
| 000012 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000017 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000020 | GE MONEY BANK DBA SAM'S CLUB | | | | | |
| 000021 | GREGORY AND HELEN BARANOWSKI | | | | | |
| 000014 | LAKESHORE WASTE SERVICES | | | | | |
| 000009 | LOYOLA UNV | | | | | |
| 000010 | LVNV FUNDING LLC | | | | | |
| 000005 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000003 | LVNV FUNDING LLC ITS SUCCESSORS AND | | | | | |
| 000008 | NES | | | | | |
| 000029 | RAISA SKREBETZ | | | | | |
| 000006 | ROUNDUP FUNDING, LLC | | | | | |
| 000002 | SWANEL, INC. | | | | | |
| 000007 | WASTE MANAGEMENT RMC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1  
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT  
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 07-17244 | ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|---|
| Case Name: | PRINN, MARY | | | | Date Filed (f) or Converted (c): | 09/21/07 (f) |
| | | | | | 341(a) Meeting Date: | 10/29/07 |
| For Period Ending: | 05/30/12 | | | | Claims Bar Date: | 04/17/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. RESIDENCE | 530,000.00 | 0.00 | | 0.00 | FA |
| 2. REAL ESTATE | 700,000.00 | 100,000.00 | | 0.00 | FA |
| 3. CASH | 100.00 | 0.00 | | 0.00 | FA |
| 4. CHECKING | 20.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 500.00 | 0.00 | | 0.00 | FA |
| 6. BOOKS, PICTURES | 300.00 | 0.00 | | 0.00 | FA |
| 7. APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 8. LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 9. IRA | 4,000.00 | 0.00 | | 0.00 | FA |
| 10. 401(K) | 13,000.00 | 0.00 | | 0.00 | FA |
| 11. STOCK | 200.00 | 0.00 | | 0.00 | FA |
| 12. TAX REFUND | 10,000.00 | 6,000.00 | | 10,000.00 | FA |
| 13. VEHICLES | 22,000.00 | 2,000.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 6.22 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $1,280,620.00   $108,000.00   $10,006.22   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS ASKED FOR RECORDS ON REAL ESTATE OWNED BY DEBTOR.  TRUSTEE ALSO REQUESTING INFO ON POSSIBLE TAX REFUNDS.  TRUSTEE AND DEBTOR ARE REACHING AN AGREEMENT REGARDING HOW MUCH IS DUE TO TRUSTEE FOR INCOME TAX REFUND.  TRUSTEE HAS RECEIVED TAX REFUND FROM DEBTOR.  TRUSTEE TO REVIEW CLAIMS.  TRUSTEE PREPARING HIS FINAL REPORT.  TRUSTEE HAS MADE HIS DISTRIBUTION.  TRUSTEE IS GOING TO DEPOSIT UNCLAIMED FUNDS WITH THE CLERK OF THE COURT.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 07-17244   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PRINN, MARY | Date Filed (f) or Converted (c): | 09/21/07 (f) |
| | | 341(a) Meeting Date: | 10/29/07 |
| | | Claims Bar Date: | 04/17/09 |

Initial Projected Date of Final Report (TFR): 10/30/09      Current Projected Date of Final Report (TFR): 02/28/11

FORM 2  
Page: 1  
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD  
Exhibit 9

| Case No: | 07-17244 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | PRINN, MARY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0850 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4775 | | | |
| For Period Ending: | 05/30/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/23/08 | 12 | Mary Prinn | Tax refund<br>Income tax refund | 1124-000 | 10,000.00 | | 10,000.00 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,000.08 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,000.16 |
| 02/28/09 | 000301 | International Sureties, Ltd.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond premium | 2300-000 | | 8.21 | 9,991.95 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 9,992.04 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.22 | | 9,992.26 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,992.51 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,992.76 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,993.01 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,993.26 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,993.51 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,993.76 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,994.01 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,994.26 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,994.51 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.23 | | 9,994.74 |
| 03/26/10 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 11.88 | 9,982.86 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 9,983.12 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,983.37 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,983.62 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,983.87 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,984.12 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.26 | | 9,984.38 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,984.63 |

Page Subtotals  10,004.72  20.09

Ver: 16.06b

LFORM24  
**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-17244 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PRINN, MARY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0850  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4775 | | | |
| For Period Ending: | 05/30/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,984.88 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,985.13 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.25 | | 9,985.38 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.25 | | 9,985.63 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,985.71 |
| 03/29/11 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 4.89 | 9,980.82 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,980.90 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,980.98 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 9,981.07 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,981.15 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.08 | | 9,981.23 |
| 08/03/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.01 | | 9,981.24 |
| 08/03/11 | | Transfer to Acct #*******1867 | Final Posting Transfer | 9999-000 | | 9,981.24 | 0.00 |

|  | COLUMN TOTALS | 10,006.22 | 10,006.22 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 0.00 | 9,981.24 | |
|  | Subtotal | 10,006.22 | 24.98 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 10,006.22 | 24.98 | |

Page Subtotals       1.50        9,986.13

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2                                     Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                           Exhibit 9

| Case No: | 07-17244 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | PRINN, MARY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1867 BofA - Checking Account |
| Taxpayer ID No: | *******4775 | | | |
| For Period Ending: | 05/30/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/03/11 | | Transfer from Acct #*******0850 | Transfer In From MMA Account | 9999-000 | 9,981.24 | | 9,981.24 |
| 08/10/11 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 1,750.60 | 8,230.64 |
| 08/10/11 | 003002 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Expenses | 2200-000 | | 32.30 | 8,198.34 |
| 08/10/11 | 003003 | Cohen & Krol | Attorney for Trustee fees | 3110-000 | | 1,372.50 | 6,825.84 |
| 08/10/11 | 003004 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 686.25 | 6,139.59 |
| 08/10/11 | 003005 | Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 62794-9035 | Claim 000023, Payment 13.67149% | 5800-000 | | 2,489.56 | 3,650.03 |
| 08/10/11 | 003006 | Illinois Department of Revenue<br>P.O. Box 19035<br>Springfield, IL 62794-9035 | Claim 000024, Payment 13.67137% | 5800-000 | | 602.60 | 3,047.43 |
| 08/10/11 | 003007 | Illinois Department of Revenue<br>P.O. Box 19024<br>Springfield, IL 62794-9024 | Claim 000025, Payment 13.67000% | 5800-000 | | 13.67 | 3,033.76 |
| 08/10/11 | 003008 | Illinois Department of Revenue<br>P.O. Box 19447<br>Springfield, IL 62794-9447 | Claim 000026, Payment 13.67235% | 5800-000 | | 72.19 | 2,961.57 |
| 08/10/11 | 003009 | Illinois Department of Revenue<br>P.O. Box 19447<br>Springfield, IL 62794-9447 | Claim 000027, Payment 13.67136% | 5800-000 | | 69.78 | 2,891.79 |
| 08/10/11 | 003010 | Illinois Department of Revenue<br>P.O. Box 19447<br>Springfield, IL 62794-9447 | Claim 000028, Payment 13.67096% | 5800-000 | | 29.64 | 2,862.15 |
| | | | Page Subtotals | | 9,981.24 | 7,119.09 | |

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-17244 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | PRINN, MARY | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1867 BofA - Checking Account |
| Taxpayer ID No: | *******4775 | | | |
| For Period Ending: | 05/30/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/10/11 | 003011 | Chicago Department of Revenue<br>A/R Division - Revenue Recovery Unit<br>P.O. Box A3542<br>Chicago, IL 60690-3542 | Claim 000030, Payment 13.67150% | 5800-004 | | 1,289.66 | 1,572.49 |
| 08/10/11 | 003012 | Internal Revenue Service<br>P.O. Box 70503<br>Charlotte, NC 28201-1269 | Claim 000032, Payment 13.67003% | 5800-000 | | 8.12 | 1,564.37 |
| 08/10/11 | 003013 | Internal Revenue Service<br>P.O. Box 70503<br>Charlotte, NC 28201-1269 | Claim 000033, Payment 13.67174% | 5800-000 | | 32.32 | 1,532.05 |
| 08/10/11 | 003014 | Internal Revenue Service<br>P.O. Box 70503<br>Charlotte, NC 28201-1269 | Claim 000034, Payment 13.67142% | 5800-000 | | 491.37 | 1,040.68 |
| 08/10/11 | 003015 | Internal Revenue Service<br>P.O. Box 70503<br>Charlotte, NC 28201-1269 | Claim 000035, Payment 13.67137% | 5800-000 | | 580.15 | 460.53 |
| 08/10/11 | 003016 | Internal Revenue Service<br>P.O. Box 70503<br>Charlotte, NC 28201-1269 | Claim 000036, Payment 13.67161% | 5800-000 | | 248.23 | 212.30 |
| 08/10/11 | 003017 | Illinois Department of Employment Security<br>33 South State Street<br>Chicago, Illinois 60603<br>Attn: Bankruptcy Unit - 10th flr. | Claim 000038, Payment 13.67120%<br>(38-1) Unemployment tax | 5800-000 | | 212.30 | 0.00 |
| * 03/02/12 | 003011 | Chicago Department of Revenue<br>A/R Division - Revenue Recovery Unit<br>P.O. Box A3542<br>Chicago, IL 60690-3542 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 5800-004 | | -1,289.66 | 1,289.66 |
| 03/07/12 | 003018 | CLERK, U.S. BANKRUPTCY COURT | DEPOSIT OF UNCLAIMED FUNDS<br>DEPOSIT OF UNCLAIMED FUNDS | 7100-000 | | 1,289.66 | 0.00 |

Page Subtotals 0.00 2,862.15

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 07-17244 -ABG |
| Case Name: | PRINN, MARY |
| Taxpayer ID No: | *******4775 |
| For Period Ending: | 05/30/12 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1867 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 9,981.24 | 9,981.24 | 0.00 |
| Less: Bank Transfers/CD's | 9,981.24 | 0.00 | |
| Subtotal | 0.00 | 9,981.24 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 9,981.24 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******0850 | 10,006.22 | 24.98 | 0.00 |
| BofA - Checking Account - *******1867 | 0.00 | 9,981.24 | 0.00 |
| | 10,006.22 | 10,006.22 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00        0.00

Ver: 16.06b